B2500A (Form 2500A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## District of North Dakota

In Re: Pro–Mark Services, Inc.
Debtor

Bankruptcy Case No.: **24–30167**
Chapter **7**

Erik A. Ahlgren
as Chapter 7 Trustee of Bankruptcy Estate of
Pro–Mark Services, Inc., and as Administrator of the
Pro–Mark Services, Inc. Employee Stock Ownership
Plan,
Plaintiff(s)

Adv. Proc. No.: **24–07014**

v.

Connie Berg
Kyle Berg, Connie Berg Revocable Living Trust,
Kyle R. Berg Revocable Living Trust, Chad Dubois,
Mandy Grant, and Miguel Paredes,
Defendant(s)

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:

> Kay A. Melquist
> Clerk, U.S. Bankruptcy Court
> Quentin N. Burdick U.S. Courthouse
> 655 1st Avenue North, Suite 210
> Fargo, ND 58102–4932

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:

> ERIK A. AHLGREN (Attorney for Plaintiff)
> Ahlgren Law Office, PLLC
> 220 W. Washington Ave.
> Ste 105
> Fergus Falls, MN 56537

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

DATE ISSUED: August 26, 2024

Kay A. Melquist
Clerk, U.S. Bankruptcy Court

BY: /s/ Caryl Krone
Deputy Clerk