UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>Pro-Mark Services, Inc.,<br><br>    Debtor. | Bky. Case No. 24-30167<br>Chapter 7 |
| Erik A. Ahlgren, as Chapter 7 Trustee<br>Of the Bankruptcy Estate of Pro-Mark Services, Inc.,<br>And as Administrator of the Pro-Mark<br>Services, Inc. Employee Stock Ownership Plan,<br><br>    Plaintiff,<br><br>v.<br><br>Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, Kyle R. Berg Revocable Living Trust, Chad DuBois, Mandy Grant, and Miguel Paredes,<br><br>    Defendants. | Adversary No. 24-07014 |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Michael L. Gust of ABST Law, P.C., hereby enters his appearance as counsel in this matter on behalf of Defendant Miguel Paredes.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 2002 of the Bankruptcy Rules, the undersigned requests that all notices and papers specified by that Rule, and pursuant to Rule 9010 of the Bankruptcy Rules, that all other notices given or required to be given in this case and all other papers served or required to be served in this case, be given to and served upon:

Michael L. Gust
ABST Law, P.C.
4132 30th Avenue South, Suite 100
P.O. Box 10247
Fargo, ND 58106-0247
Phone: 701-235-3300
Email: mgust@abstlaw.net

Dated this 24th day of September, 2024.

                /s/ Michael L. Gust
              Michael L. Gust (ND ID 06468)
              ABST Law, P.C.
              4132 30th Avenue South, Suite 100
              P.O. Box 10247
              Fargo, ND 58106-0247
              (701) 235-3300
              Email:  mgust@abstlaw.net
              Attorney for Miguel Paredes

## CERTIFICATE OF SERVICE

    I hereby certify that on September 24, 2024, a copy of the foregoing was served electronically through the Court's ECF System on all ECF participants registered in this case.

                                                /s/ Jennifer A. Ernst
                                                Jennifer A. Ernst