UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>Pro-Mark Services, Inc.,<br><br>Debtor. | Chapter 7<br>Bky. No. 24-30167 |
| Erik A. Ahlgren, as Chapter 7 Trustee of Bankruptcy Estate of Pro-Mark Services, Inc., as Administrator of the Pro-Mark Services, Inc. Employee Stock Ownership Plan, and as Trustee of the Pro-Mark Services, Inc. Employee Stock Ownership Trust,<br><br>Plaintiff,<br><br>v.<br><br>Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, Kyle R. Berg Revocable Living Trust, Chad DuBois, Mandy Grant, and Miguel Paredes,<br><br>Defendants. | Adv. No. 24-07014<br><br>**CERTIFICATE OF SERVICE** |

     I, Tracy Jones, Legal Assistant with the law firm of Greenberg Traurig, LLP, hereby certify that on September 25, 2024, I caused copies of the following:

- *Amended Complaint (with Exhibits) [Doc 11];*

to be served on the parties entitled to receive notice through the Electronic Case Filing System for the United States Bankruptcy Court for the District of North Dakota in the above-referenced Adversary Proceeding, and sent by first class mail, postage prepaid to the entities named below:

ACTIVE 702384926v1

| | |
|---|---|
| Connie Berg<br>5012 2nd St E<br>West Fargo, ND 58078 | Connie Berg Revocable Trust<br>5012 2nd St E<br>West Fargo, ND 58078 |
| Kyle Berg<br>5012 2nd St E<br>West Fargo, ND 58078 | Kyle Berg Revocable Trust<br>5012 2nd St E<br>West Fargo, ND 58078 |
| Mandy Grant<br>150 33rd Ave E<br>West Fargo, ND 58078 | Secretary of the U.S. Department of Labor<br>200 Constitution Ave NW<br>Washington, DC 20210 |
| Secretary of the U.S. Department of the Treasury<br>1500 Pennsylvania Avenue, NW<br>Washington, D.C. 20220 | |

Dated:  September 26, 2024

*/e/ Tracy Jones*
Tracy Jones, Legal Assistant
Greenberg Traurig, LLP
90 South Seventh Street, Suite 3500
Minneapolis, MN  55402
(612) 259-9700