UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

Pro-Mark Services, Inc.,                                                Bky. Case No. 24-30167
                                                                                                                      Chapter 7
                     Debtor.

Erik A. Ahlgren, as Chapter 7 Trustee
of the Bankruptcy Estate of Pro-Mark Services, Inc.,
and as Administrator of the Pro-Mark
Services, Inc. Employee Stock Ownership Plan,
and as Trustee of the Pro-Mark Services, Inc.
Employee Stock Ownership Trust,

                     Plaintiff,

v.                                                                                             Adversary No. 24-07014

Connie Berg, Kyle Berg, Connie Berg Revocable
Living Trust, Kyle R. Berg Revocable Living Trust,
Chad DuBois, Mandy Grant, and Miguel Paredes,

                     Defendants.

## STIPULATION TO EXTEND RESPONSE PERIOD TO AMENDED COMPLAINT

[¶1]    Plaintiff, Erik A. Ahlgren, as Chapter 7 Trustee of the Bankruptcy Estate of Pro-Mark Services, Inc., and as Administrator of the Pro-Mark Services, Inc. Employee Stock Ownership Plan and as Trustee of the Pro-Mark Services, Inc. Employee Stock Ownership Trust, filed his Adversary Complaint against the Defendants, including Defendant Miguel Paredes, and the Court issued a Summons on August 26, 2024. *Docs. 1 and 2*. Answers to the Adversary Complaint were due by September 25, 2024. *Doc. 2*. Plaintiff filed an Amended Complaint on September 25, 2024, triggering a new response time for Defendant Paredes. *Doc. 11*.

[¶2]    Therefore, Plaintiff and Defendant Paredes stipulate that Defendant Paredes has until October 25, 2024 to respond to the Amended Complaint.

Dated: September 29, 2024                /s/ Erik A. Ahlgren
                                         Erik A. Ahlgren (ND #09561)
                                         Ahlgren Law Office, PLLC
                                         220 W. Washington Ave., Ste. 105
                                         Fergus Falls, MN 56537
                                         (218) 998-2775
                                         *erik@ahlgrenlawoffice.net*
                                         Attorney for Plaintiff

Dated: September 27, 2024                /s/ Peter D. Kieselbach
                                         Michael Fisco
                                         Peter D. Kieselbach
                                         (Admitted Pro Hac Vice)
                                         Greenburg Traurig, LLP
                                         90 South Seventh St., Suite 3500
                                         Minneapolis, MN 55402
                                         (612) 259-9710
                                         *fiscom@gtlaw.com*
                                         *kieselbachp@gtlaw.com*
                                         Attorney for Plaintiff

Dated: September 27, 2024                /s/ Michael L. Gust
                                         Michael L. Gust (ND #06468)
                                         ABST Law, P.C.
                                         4132 30th Avenue South, Suite 100
                                         P.O. Box 10247
                                         Fargo, ND 58106-0247
                                         (701) 235-3300
                                         *mgust@abstlaw.net*
                                         Attorney for Defendant Miguel Paredes

Dated: September 27, 2024                /s/ Michael L. Scheier
                                         Michael L. Scheier
                                         Jacob D. Rhode
                                         (Admitted Pro Hac Vice)
                                         Keating Muething & Klekamp PLL
                                         One East 4th Street, Suite 1400
                                         Cincinnati, OH 45202
                                         (513) 579-6952
                                         *mscheier@kmklaw.com*
                                         *jrhode@kmklaw.com*
                                         Attorney for Defendant Miguel Paredes

2