UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

Pro-Mark Services, Inc.,                                                            Bky. Case No. 24-30167

Chapter 7

Debtor.

---

Erik A. Ahlgren, as Chapter 7 Trustee
of the Bankruptcy Estate of Pro-Mark Services, Inc.,
as Administrator of the Pro-Mark
Services, Inc. Employee Stock Ownership Plan, and
as Trustee of the Pro-Mark Services, Inc.
Employee Stock Ownership Trust,

Plaintiff,

v.                                                                                    Adversary No. 24-07014

Connie Berg, Kyle Berg, Connie Berg Revocable
Living Trust, Kyle R. Berg Revocable Living Trust,
Chad DuBois, Mandy Grant, and Miguel Paredes,

Defendants.

---

**STIPULATED MOTION TO EXTEND
RESPONSE PERIOD TO AMENDED COMPLAINT**

1. Plaintiff Erik A. Ahlgren, as Chapter 7 Trustee of the Bankruptcy Estate of Pro-Mark Services, Inc., as Administrator of the Pro-Mark Services, Inc. Employee Stock Ownership Plan, and as Trustee of the Pro-Mark Services, Inc. Employee Stock Ownership Trust filed his Adversary Complaint against the Defendants, including Defendant Mandy Grant, and the Court issued a Summons, on August 26, 2024. *Docs. 1 and 2*. Answers to the Adversary Complaint were due by September 25, 2024. *Doc. 2*. Plaintiff filed an Amended Complaint on September 25, 2024, triggering a new response time for Defendant Grant. *Doc. 11*.

ACTIVE 702553068v1

2. Plaintiff and Defendant Grant have commenced settlement discussions. To facilitate those settlement discussions, Plaintiff and Defendant Grant hereby move the Court, by stipulation, for an order extending Defendant Grant's deadline to file an answer or other response to the Amended Complaint to October 25, 2024.

| | |
|---|---|
| Dated: October 3, 2024 | /e/ Peter D. Kieselbach<br>Michael B. Fisco (*Admitted Pro Hac Vice*)<br>Peter D. Kieselbach (*Admitted Pro Hac Vice*)<br>GREENBURG TRAURIG, LLP<br>90 South Seventh St., Suite 3500<br>Minneapolis, MN 55402<br>Tel: (612) 259-9700<br>fiscom@gtlaw.com<br>kieselbachp@gtlaw.com<br>Counsel for Plaintiff |
| Dated: October 3, 2024 | /e/ Brian D. Larson<br>Brian D. Larson, ND ID #08568<br>Andrew D. Cook, ND ID # 06278<br>OHNSTAD TWICHELL, P.C.<br>444 Sheyenne Street, Suite 102<br>P.O. Box 458<br>West Fargo, ND 58078-0458<br>Tel: (701) 282-3249<br>Fax: (701) 282-0825<br>blarson@ohnstadlaw.com<br>acook@ohnstadlaw.com<br>Counsel for Defendant Mandy Grant |