UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

Pro-Mark Services, Inc.,                                                                          Bky. Case No. 24-30167
                                                                                                                    Chapter 7
                Debtor.

---

Erik A. Ahlgren, as Chapter 7 Trustee
of the Bankruptcy Estate of Pro-Mark Services, Inc.,
as Administrator of the Pro-Mark
Services, Inc. Employee Stock Ownership Plan, and
as Trustee of the Pro-Mark Services, Inc.
Employee Stock Ownership Trust,

                Plaintiff,

v.                                                                                                           Adversary No. 24-07014

Connie Berg, Kyle Berg, Connie Berg Revocable
Living Trust, Kyle R. Berg Revocable Living Trust,
Chad DuBois, Mandy Grant, and Miguel Paredes,

                Defendants.

---

**STIPULATED MOTION TO EXTEND
RESPONSE PERIOD TO AMENDED COMPLAINT**

      1.      Plaintiff Erik A. Ahlgren, as Chapter 7 Trustee of the Bankruptcy Estate of Pro-Mark Services, Inc., as Administrator of the Pro-Mark Services, Inc. Employee Stock Ownership Plan, and as Trustee of the Pro-Mark Services, Inc. Employee Stock Ownership Trust filed his Adversary Complaint against the Defendants, including Defendant Chad DuBois, and the Court issued a Summons, on August 26, 2024. *Docs. 1 and 2*. Answers to the Adversary Complaint were due by September 25, 2024. *Doc. 2*. Plaintiff filed an Amended Complaint on September 25, 2024, triggering a new response time for Defendant DuBois. *Doc. 11*.

ACTIVE 702622250v1

2.   Plaintiff and Defendant DuBois have commenced settlement discussions. To facilitate those settlement discussions, Plaintiff and Defendant DuBois hereby move the Court, by stipulation, for an order extending the deadline for Defendant DuBois to file an answer or other response to the Amended Complaint to October 25, 2024.

Dated: October 8, 2024    /e/ Peter D. Kieselbach
Michael Fisco (*Admitted Pro Hac Vice*)
Peter D. Kieselbach (*Admitted Pro Hac Vice*)
GREENBURG TRAURIG, LLP
90 South Seventh St., Suite 3500
Minneapolis, MN 55402
Tel: (612) 259-9700
fiscom@gtlaw.com
kieselbachp@gtlaw.com
Counsel for Plaintiff

Dated: October 8, 2024    /e/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Tel: (701) 394-3215
mac@dakotabankruptcy.com
Counsel for Defendant DuBois

2