# EXHIBIT 2

August 31, 2020

Stout Risius Ross, LLC
600 Superior Ave East
Suite 1700
Cleveland, Ohio 44114

**RE: *Statement of Representation***

Dear Sirs:

I certify, as an authorized officer of Pro-Mark Services, Inc. ("Pro-Mark" or the "Company"), the following in connection with your engagement, by letter dated May 21, 2020, to render a fairness opinion (the "Opinion") to Miguel Paredes (the "Trustee"), the Trustee of the Pro-Mark Services, Inc. Employee Stock Ownership Trust (the "Trust"), which forms a part of the Pro-Mark Services, Inc. Employee Stock Ownership Plan (the "Plan," together with the Trust, collectively with the "ESOP") in connection with a transaction in which the ESOP will acquire an equity ownership interest in the Company in a leveraged transaction (the "Transaction").

- All operating, competitive, historical financial, and other factual information disclosed to you by us is complete and accurate in all material respects, and represents the expectations of management as to the operations, prospects, competitive position, and financial results of the Company.

- Without limiting the above, the historical financial statements for the Company for the fiscal years ended December 31, 2015 through the fiscal year ended December 31, 2019, as well as the interim financials for the six month period ended June 30, 2019, the six month period ended June 30 2019 June 30, 2020, and the seven month period ended July 31, 2020 (the "Interim Statements", attached herein as Appendix A), provided to you are fairly presented in accordance with U.S. GAAP and fairly present, in all material respects, the financial condition and results of operations of the Company as of the dates and for the periods indicated therein, and we know of nothing material that has occurred since the date of the most recent financial statements listed that would lead us to believe that such information is misleading or inaccurate or that require consideration as adjustments to or disclosures in the financial statements.

- The projected financial results of the Company provided to you by us (attached herein as Appendix B) were prepared in good faith and represent, to the best of our knowledge and belief, reasonable estimations of future financial performance for the periods indicated based upon assumptions that are reasonable and appropriate.

- We have disclosed to you all material information regarding the Company and the proposed Transaction necessary to assist you in rendering your Opinion and we have not omitted any information that would render any other information we have provided to you misleading, or withheld information that, in our view, could reasonably be expected to affect your analysis or the outcome of your Opinion.

I acknowledge that you are relying on the truth and accuracy of the foregoing information in connection with your rendering of the Opinion and represent, in my capacity as an authorized officer of the Company, that such information is true and correct.

Sincerely,

_____
Chad DuBois
Vice President
Pro-Mark Services, Inc.