## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE: | Case No. 24-30167 |
| Pro-Mark Services, Inc., | Chapter 7 |
| Debtor. | Chief Judge Shon Hastings |

| | |
|---|---|
| Erik A. Ahlgren, Trustee, et al., | |
| Plaintiff, | |
| -v- | Adv. Case No. 24-07014 |
| Connie Berg, et al., | |
| Defendants. | |

## NOTICE OF MOTION AND MOTION TO DISMISS BY MIGUEL PAREDES

NOTICE IS HEREBY GIVEN that Defendant Miguel Paredes, has filed a Motion to Dismiss, a copy of which is herewith served upon you. If no objections thereto are filed on or before twenty-one (21) days after the date hereof, the Court will enter an Order granting the relief requested in the motion.

YOU ARE FURTHER NOTIFIED that if objections to the relief requested in the motion are timely filed, the Court will schedule a hearing on the motion and objections in accordance with the provisions in Local Rule 7007-1 of the North Dakota Rules of Bankruptcy Procedure.

YOU ARE ALSO NOTIFIED that written objections to said motion, if any, shall be filed with the Clerk of the United States Bankruptcy Court, whose address is 655 First Avenue North,

Suite 210, Fargo, ND 58102, with a copy mailed to counsel for Defendant Miguel Paredes, whose

name and address is listed below.

Pursuant to Federal Rule of Civil Procedure 12(b)(6) and Federal Rule of Bankruptcy

Procedure 7012(b), Defendant Miguel Paredes ("Paredes") moves to dismiss the only claims

(Count 21) asserted against him in the Amended Complaint (Doc. 11.) The grounds for this motion

are set forth in the attached Memorandum in Support. Pursuant to Bank. R. 7012(b), Paredes

consents to the entry of final orders or judgment by the bankruptcy court.

Dated: October 25, 2024                    Respectfully submitted,


*/s/ Michael L. Scheier*
Michael L. Scheier (*pro hac vice*)
Jacob D. Rhode (*pro hac vice*)
Joseph E. Lehnert (*pro hac vice*)
Samuel B. Weaver (*pro hac vice forthcoming*)
KEATING MUETHING & KLEKAMP, PLL
One East Fourth Street, Suite 1400
Cincinnati, OH 45202
Tel: (513) 579-6952
Fax: (513) 579-6457
mscheier@kmklaw.com
jrhode@kmklaw.com
jlehnert@kmklaw.com
sweaver@kmklaw.com

*and*

Michael Gust (ND #06468)
ABST Law, P.C.
4132 30th Ave. SW, Suite 100
P.O. Box 10247
Fargo, ND 58106-0247
Tel: (701) 235-3300
Fax: (701) 237-3154
mgust@abstlaw.net

*Attorneys for Defendant Miguel Paredes*

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that on October 25, 2024, I electronically filed the foregoing Motion to Dismiss and Memorandum of Law in Support of Motion to Dismiss by Defendant Miguel Paredes with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record:

Erik A. Ahlgren
AHLGREN LAW OFFICE, PLLC
220 W. Washington Ave., Ste 105
Fergus Falls, MN 56537
Tel: (218) 998-2775
erik@ahlgrenlawoffice.net

*and*

Peter D. Kieselbach
Michael Fisco
Carlos A. Alonso
GREENBERG TRAURIG, LLP
90 S. 7th Street, Ste 3500
Minneapolis, MN 55402
Tel: (612) 259-9714
Fax: (612) 677-3101
kieselbachp@gtlaw.com
fiscom@gtlaw.com
carlos.alonsogayon@gtlaw.com

*Attorneys for Plaintiff*

Jordan Elizabeth Chavez
Stephen M. Pezanosky
HAYNES AND BOONE, LLP
301 Commerce Street, Suite 2600
Fort Worth, TX 76102

Tel: (806) 620-5018
Fax: (817) 348-2370
jordan.chavez@haynesboone.com
stephen.pezanosky@haynesboone.com

*Attorneys for Defendants Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, and Kyle R. Berg Revocable Living Trust*

Maurice VerStandig
THE DAKOTA BANKRUPTCY FIRM
1630 1st Avenue N., Suite B PMB 24
Fargo, ND 58102
Tel: (701) 394-3215
mac@mbvesq.com

*Attorney for Defendant Chad DuBois*

Andrew D. Cook
OHNSTAD TWICHELL, P.C.
444 Sheyenne Street, Suite 102
West Fargo, ND 58078
Tel: (701) 282-3249
Fax: (701) 282-0825
acook@ohnstadlaw.com

*Attorney for Defendant Mandy Grant*


*/s/ Michael L. Scheier*
Michael L. Scheier (*pro hac vice*)