IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | § § | Chapter 7 |
| Pro-Mark Services, Inc. | § § | Case No. 24-30167 |
| Debtor. | § § § | |
| | § | |
| Erik A. Ahlgren, as Chapter 7 Trustee of the Bankruptcy Estate of Pro-Mark Services, Inc., as Administrator of the Pro-Mark Services, Inc. Employee Stock Ownership Plan, and as Trustee of the Pro-Mark Services, Inc. Employee Stock Ownership Trust, | § § § § § § § § | |
| Plaintiff, | § § | |
| v. | § § | Adversary No. 24-07014 |
| Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, Kyle R. Berg Revocable Living Trust, Chad DuBois, Mandy Grant, and Miguel Paredes, | § § § § § § | |
| Defendants. | § | |

**MOTION FOR ADMISSION *PRO HAC VICE* OF AIMEE FURNESS AS COUNSEL FOR DEFENDANTS CONNIE BERG, KYLE BERG, THE CONNIE BERG REVOCABLE LIVING TRUST AND THE KYLE R. BERG REVOCABLE LIVING TRUST**

Connie Berg, Kyle Berg, the Connie Berg Revocable Living Trust and the Kyle R. Berg Revocable Living Trust (collectively, the "Berg Defendants"), by and through their undersigned counsel and in compliance with Rule 9010-2B of the Local Rules of the Bankruptcy Court for the District of North Dakota (the "Local Rules") hereby submit this *Motion for Admission Pro Hac Vice of Aimee Furness as Counsel for Connie Berg, Kyle Berg, the Connie Berg Revocable Living Trust and the Kyle R. Berg Revocable Living Trust* (the "Motion"), and in support thereof represent as follows:

1. The Berg Defendants have retained Haynes and Boone, LLP ("Haynes Boone") to represent them as their counsel of record in the above-referenced proceeding.

2. Ms. Furness is a partner with Haynes Boone, and is a member in good standing of the bars of the State of Texas since 2000, the State of New York since 2007, and the State of New Mexico since 2016. A Certificate of Good Standing from the State Bar of Texas is attached hereto as **Exhibit A**. A Certificate of Good Standing from the State Bar of New York is attached hereto as **Exhibit B**. A Certificate of Good Standing from the State Bar of New Mexico is attached hereto as **Exhibit C.** Ms. Furness is currently admitted to practice in the following courts: United States Court of Appeals for the Fifth Circuit since 2011, United States District Court for the Northern District of Texas since 2001, the United States District Court for the Southern District of Texas since 2006, the United States District Court for the Eastern District of Texas since 2003, the United States District Court for the Western District of Texas since 2003 and the United States District Court for the Southern District of New York since 2018

3. Ms. Furness has never been the subject of a disciplinary action by the bar or courts any state.

4. Ms. Furness is aware of and acknowledges that she is subject to all applicable provisions of the North Dakota Rules of Professional Conduct and the Local Rules, and if admitted *pro hac vice,* will adhere to the disciplinary jurisdiction of this Court.

5. Ms. Furness's contact information is as follows:

Aimee Furness<br>
**HAYNES AND BOONE, LLP**<br>
2801 N. Harwood Street, Suite 2300<br>
Dallas, TX 75201<br>
Telephone: 214.651.5000<br>
Email: aimee.furness@haynesboone.com

6. Payment of the $150.00 admission fee is being made with this filing through the Court's Pay.gov automated payment system.

WHEREFORE, the Berg Defendants respectfully request that this court enter an order authorizing the *pro hac vice* admission of Aimee Furness, to appear on their behalf in this court in the above-referenced proceedings, and for such other and further relief as may be just.

RESPECTFULLY SUBMITTED this 28 day of October, 2024.

**HAYNES AND BOONE, LLP**

By: */s/ Aimee Furness*
Aimee Furness
Texas State Bar No. 24026882
2801 N. Harwood Street, Suite 2300
Dallas, TX 75201
Telephone: 214.651.5000
Email: aimee.furness@haynesboone.com

**ATTORNEYS FOR THE BERG DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2024, a true and correct copy of the foregoing pleading was served via CM/ECF to all parties authorized to receive electronic notices in this case.

*/s/ Aimee Furness*
Aimee Furness

# Exhibit A

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

October 10, 2024

Re: Ms. Aimee M. Furness, State Bar Number 24026882

To Whom It May Concern:

This is to certify that Ms. Aimee M. Furness was licensed to practice law in Texas on November 01, 2000, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,



Seana Willing
Chief Disciplinary Counsel
SW/web

P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4167

# Exhibit B



## Appellate Division of the Supreme Court of the State of New York
## Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Aimee M. Furness

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **March 2, 2007**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



*In Witness Whereof, I have hereunto set my hand in the City of Albany on October 10, 2024.*

Clerk of the Court

CertID-00195167

*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*
*Admissions Office*
*P.O. Box 7350, Capitol Station*
*Albany, NY 12224-0350*

*Robert D. Mayberger*
*Clerk of the Court*

AD3AdmissionsOffice@nycourts.gov
http://www.nycourts.gov/ad3/admissions
(518) 471-4778

*Anthony A. Moore*
*Director of Attorney Admissions*

To Whom It May Concern:

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Third Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Robert D. Mayberger
Clerk of the Court

Revised January 2022

# Exhibit C



IN THE SUPREME COURT OF THE STATE OF NEW MEXICO

# Certificate

STATE OF NEW MEXICO }
                    } ss.
SUPREME COURT       }

I, ELIZABETH A. GARCIA, Chief Clerk of the Supreme Court of the State of New Mexico, hereby certify that, upon motion for admission without examination under Rule 15-107 NMRA, **AIMEE M. FURNESS** was admitted to practice law in the Supreme Court and other courts of the State of New Mexico on **September 20, 2016**, and has at all times since been and is now an active member of the Bar of said Supreme Court in good standing.

"Good standing" means that the attorney is current on payment of State Bar dues, has complied with Minimum Continuing Legal Education requirements, and is not presently under either administrative or disciplinary suspension. No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.



WITNESS, My official signature and the seal of said Court this 25th day of October, 2024.

_Elizabeth A. Garcia_
Chief Clerk of the Supreme Court
of the State of New Mexico

By: _Jessica Gilmore_
Deputy Clerk