IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| Pro-Mark Services, Inc. | § | Case No. 24-30167 |
| | § | |
| Debtor. | § | |
| | § | |
| Erik A. Ahlgren, as Chapter 7 Trustee of the Bankruptcy Estate of Pro-Mark Services, Inc., as Administrator of the Pro-Mark Services, Inc. Employee Stock Ownership Plan, and as Trustee of the Pro-Mark Services, Inc. Employee Stock Ownership Trust, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Adversary No. 24-07014 |
| | § | |
| Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, Kyle R. Berg Revocable Living Trust, Chad DuBois, Mandy Grant, and Miguel Paredes, | § | |
| | § | |
| Defendants. | § | |

**MOTION FOR ADMISSION *PRO HAC VICE* OF BRENNA SCULLY
AS COUNSEL FOR DEFENDANTS CONNIE BERG, KYLE BERG,
THE CONNIE BERG REVOCABLE LIVING TRUST AND THE
<u>KYLE R. BERG REVOCABLE LIVING TRUST</u>**

Connie Berg, Kyle Berg, the Connie Berg Revocable Living Trust and the Kyle R. Berg Revocable Living Trust (collectively, the "<u>Berg Defendants</u>"), by and through their undersigned counsel and in compliance with Rule 9010-2B of the Local Rules of the Bankruptcy Court for the District of North Dakota (the "<u>Local Rules</u>") hereby submit this *Motion for Admission Pro Hac Vice of Brenna Scully as Counsel for Connie Berg, Kyle Berg, the Connie Berg Revocable Living Trust and the Kyle R. Berg Revocable Living Trust* (the "<u>Motion</u>"), and in support thereof represent as follows:

1. The Berg Defendants have retained Haynes and Boone, LLP ("Haynes Boone") to represent them as their counsel of record in the above-referenced proceeding.

2. Ms. Scully is an associate with Haynes Boone, and is a member in good standing of the bars of the State of California, the Republic of Texas, and Washington, D.C. A Certificate of Good Standing from the State Bar of California is attached hereto as **Exhibit A**. A Certificate of Good Standing from the State Bar of Texas is attached hereto as **Exhibit B**. A Certificate of Good Standing from the Washington D.C. Bar is attached hereto as **Exhibit C.** Ms. Scully is currently admitted to practice in the following courts: Northern District of California (2023); Central District of California (2023); Eastern District of California (2023); Southern District of California (2023); United States Court of Appeals for the Sixth Circuit (2022); United States Court of Appeals for the Ninth Circuit (2023).

3. Ms. Scully has never been the subject of a disciplinary action by the bar or courts any state.

4. Ms. Scully is aware of and acknowledges that she is subject to all applicable provisions of the North Dakota Rules of Professional Conduct and the Local Rules, and if admitted *pro hac vice,* will adhere to the disciplinary jurisdiction of this Court.

5. Ms. Scully's contact information is as follows:

Brenna Scully
**HAYNES AND BOONE, LLP**
2801 N. Harwood Street, Suite 2300
Dallas, TX 75201
Telephone: 214.651.5000
Email: brenna.scully@haynesboone.com

6. Payment of the $150.00 admission fee is being made with this filing through the Court's Pay.gov automated payment system.

WHEREFORE, the Berg Defendants respectfully request that this court enter an order authorizing the *pro hac vice* admission of Brenna Scully, to appear on their behalf in this court in the above-referenced proceedings, and for such other and further relief as may be just.

RESPECTFULLY SUBMITTED this 28 day of October, 2024.

**HAYNES AND BOONE, LLP**

By: */s/ Brenna Scully*
Brenna Scully
California State Bar No. 341590
Texas State Bar No. 24143392
Washington, D.C. Bar No. 90014856
2801 N. Harwood Street, Suite 2300
Dallas, TX 75201
Telephone: 214.651.5000
Email: brenna.scully@haynesboone.com

**ATTORNEYS FOR THE BERG DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2024, a true and correct copy of the foregoing pleading was served via CM/ECF to all parties authorized to receive electronic notices in this case.

*/s/ Brenna Scully*
Brenna Scully

3

# Exhibit A

# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

October 22, 2024

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, BRENNA HELENE SCULLY, #341590 was admitted to the practice of law in this state by the Supreme Court of California on December 1, 2021 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records

# Exhibit B

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

October 28, 2024

Re: Brenna Helene Scully, State Bar Number 24143392

To Whom It May Concern:

This is to certify that Brenna Helene Scully was licensed to practice law in Texas on October 07, 2024, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

*[signature]*

Seana Willing
Chief Disciplinary Counsel
SW/web



P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4167

# The Supreme Court of Texas

AUSTIN
---
CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Brenna Helene Scully**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 7th day of October, 2024.

I further certify that the records of this office show that, as of this date

**Brenna Helene Scully**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 28th day of October, 2024.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 7960C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

# Exhibit C



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# Brenna Helene Scully

was duly qualified and admitted on August 21, 2023 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 09, 2024.*

**JULIO A. CASTILLO**
*Clerk of the Court*

Issued By:

David Chu - Director, Membership
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.