UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

Pro-Mark Services, Inc.,                                                           Bky. Case No. 24-30167
                                                                                              Chapter 7
        Debtor.

---

Erik A. Ahlgren, as Chapter 7 Trustee
of the Bankruptcy Estate of Pro-Mark Services, Inc.,
as Administrator of the Pro-Mark
Services, Inc. Employee Stock Ownership Plan, and
as Trustee of the Pro-Mark Services, Inc.
Employee Stock Ownership Trust,

        Plaintiff,

v.                                                                                          Adversary No. 24-07014

Connie Berg, Kyle Berg, Connie Berg Revocable
Living Trust, Kyle R. Berg Revocable Living Trust,
Chad DuBois, Mandy Grant, and Miguel Paredes,

        Defendants.

---

**STIPULATED MOTION TO EXTEND PLAINTIFF'S TIME TO RESPOND TO DEFENDANT MIGUEL PAREDES' MOTION TO DISMISS**

1.    Plaintiff Erik A. Ahlgren, as Chapter 7 Trustee of the Bankruptcy Estate of Pro-Mark Services, Inc., as Administrator of the Pro-Mark Services, Inc. Employee Stock Ownership Plan, and as Trustee of the Pro-Mark Services, Inc. Employee Stock Ownership Trust filed his Amended Complaint against the Defendants, including Defendant Miguel Paredes, on September 25, 2024. [ECF No. 11.][1]

---

[1] If the Court does not grant the motion to dismiss [ECF No. 30], Defendant Paredes reserves the right to challenge Plaintiff's asserted capacity as the administrator and trustee of the Pro-Mark ESOP and his standing under ERISA section 502 or otherwise to assert claims against Defendant Paredes.

ACTIVE 703529179v2

2. On September 29, 2024, Plaintiff and Defendant Paredes filed a stipulated motion to extend Defendant Paredes' time to respond to the Amended Complaint until October 25, 2024. [ECF No. 14.] By order dated September 30, 2024, the Court granted the stipulated motion. [ECF No. 15.]

3. On October 25, 2024, Defendant Paredes filed his Motion to Dismiss the Amended Complaint. [ECF No. 30] ("Motion to Dismiss"). Plaintiff's response deadline for the Motion to Dismiss is November 15, 2024.

4. Plaintiff and Defendant Paredes hereby move the Court, by stipulation, for an order extending the deadline for Plaintiff to respond to Defendant Paredes' Motion to Dismiss to November 22, 2024.

Dated: November 7, 2024

/e/ Peter D. Kieselbach
Michael B. Fisco (*Admitted Pro Hac Vice*)
Peter D. Kieselbach (*Admitted Pro Hac Vice*)
GREENBURG TRAURIG, LLP
90 South Seventh St., Suite 3500
Minneapolis, MN 55402
Tel: (612) 259-9700
fiscom@gtlaw.com
kieselbachp@gtlaw.com

and

Erik A. Ahlgren (ND #09561)
Ahlgren Law Office, PLLC
220 W. Washington Ave., Ste. 105
Fergus Falls, MN 56537
(218) 998-2775
erik@ahlgrenlawoffice.net

Counsel for Plaintiff

2

| | |
|---|---|
| Dated: November 7, 2024 | /e/ Michael L. Scheier |

Michael L. Scheier (*Admitted Pro Hac Vice*)
Jacob D. Rhode (*Admitted Pro Hac Vice*)
Joseph E. Lehnert (*Admitted Pro Hac Vice*)
Samuel B. Weaver (*Pro Hac Vice forthcoming*)
KEATING MUETHING & KLEKAMP, PLL
One East Fourth Street, Suite 1400
Cincinnati, OH 45202
Tel: (513) 579-6952
Fax: (513) 579-6457
mscheier@kmklaw.com
jrhode@kmklaw.com
jlehnert@kmklaw.com
sweaver@kmklaw.com

*and*

Michael Gust (ND #06468)
ABST Law, P.C.
4132 30th Ave. SW, Suite 100
P.O. Box 10247
Fargo, ND 58106-0247
Tel: (701) 235-3300
Fax: (701) 237-3154
mgust@abstlaw.net

Counsel for Defendant Miguel Paredes

3