## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE:<br><br>**Pro-Mark Services, Inc.**<br><br>Debtor | Chapter 7<br><br>BK Case No. 24-30167 |
| **Erik A. Ahlgren, as Chapter 7 Trustee of Bankruptcy Estate of Pro-Mark Services, Inc., etc.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**Connie Berg, et al.,**<br><br>**Defendants.** | Adv. No. 24-07014 |

### MOTION FOR ADMISSION *PRO HAC VICE* OF SAMUEL B. WEAVER AS COUNSEL FOR MIGUEL PAREDES

Miguel Paredes ("Paredes") by and through his undersigned counsel and in compliance with Rule 9010-2(B) of the Local Rules of the Bankruptcy Court for the District of North Dakota (the "Local Rules") hereby submits this Motion for Admission Pro Hac Vice of Samuel B. Weaver as Counsel for Miguel Paredes (the "Motion"), and in support thereof represents as follows:

1. Paredes has retained Keating Muething & Klekamp PLL ("KMK") to represent him as his counsel of record in the above-referenced proceedings.

2. Mr. Weaver is an associate at KMK, and is a member in good standing of the bar of the State of Ohio and of the bar of the Commonwealth of Kentucky. A Certificate of Good Standing from the Supreme Court of Ohio is attached hereto as Exhibit A. A Certificate of Good Standing from the Supreme Court of Kentucky is attached hereto as Exhibit B. Mr. Weaver is currently admitted to practice in the following courts: United States District

Court for the Eastern District of Kentucky (2023); United States District Court for the Western District of Kentucky (2023); United States Court of Appeals for the Sixth Circuit (2024).

3. Mr. Weaver has never been the subject of a disciplinary action by the bar or courts of any state.

4. Mr. Weaver is aware of and acknowledges that he is subject to all applicable provisions of the North Dakota Rules of Professional Conduct and the Local Rules, and if admitted *pro hac vice,* will submit to the disciplinary jurisdiction of this Court.

5. Mr. Weaver's contact information is as follows:

> Samuel B. Weaver
> KEATING MUETHING & KLEKAMP PLL
> One East Fourth Street, Suite 1400
> Cincinnati, Ohio 45202
> Tel: (513) 579-6467
> Fax: (513) 579-6457
> sweaver@kmklaw.com

6. **Payment of the $150.00 admission fee is being made with this filing through the Court's Pay.gov automated payment system.

WHEREFORE, Paredes respectfully requests that this court enter an order authorizing the *pro hac vice* admission of Samuel B. Weaver, to appear on his behalf in this court in the above-referenced proceedings.

Respectfully submitted,

*/s/ Samuel B. Weaver*
Samuel B. Weaver
KEATING MUETHING & KLEKAMP PLL
One East Fourth Street, Suite 1400
Cincinnati, Ohio 45202
Tel: (513) 579-6467
Fax: (513) 579-6457
sweaver@kmklaw.com

*Attorney for Miguel Paredes*

## CERTIFICATE OF SERVICE

    I hereby certify that on November 12, 2024, a copy of the foregoing was served electronically through the Court's ECF System on all ECF participants registered in this case at the email address registered with the Court.

                                                    */s/ Samuel B. Weaver*
                                                    Samuel B. Weaver