# EXHIBIT B

# EXHIBIT B



| M. Katherine Bing | OFFICE OF THE CLERK | Telephone: |
| Clerk | **SUPREME COURT OF KENTUCKY** | (502) 564-4720 |
| | ROOM 209, STATE CAPITOL | FAX: |
| | 700 CAPITAL AVE. | (502) 564-5491 |
| | FRANKFORT, KENTUCKY 40601-3488 | |

# CERTIFICATION

I, M. Katherine Bing, Clerk of the Supreme Court of Kentucky, do hereby certify the records in this office show that _____ Samuel Barnett Weaver _____ having met the necessary requirements for admission to the Bar, took the oath prescribed by the Constitution of this Commonwealth on _____ October 14, 2022 _____, and thereupon was admitted to practice as an attorney before this and all other courts of the Commonwealth of Kentucky, and certify that _____ Samuel Barnett Weaver _____ is an attorney at law in good standing, as such, in all the courts of the Commonwealth.

I further certify that the Supreme Court is the Court of highest jurisdiction for the Commonwealth of Kentucky.

Done at the Capitol at Frankfort, Kentucky this ___ 4th ___ day of November, 2024.

M. KATHERINE BING
CLERK

By: *Karen Cohl*
Deputy Clerk

# KENTUCKY BAR ASSOCIATION

514 WEST MAIN STREET
FRANKFORT, KENTUCKY 40601-1812
(502) 564-3795
FAX (502) 564-3225
www.kybar.org

**OFFICERS**
Rhonda Jennings Blackburn
President

Todd V. McMurtry
President-Elect

Matthew P. Cook
Vice President

W. Fletcher McMurry Schrock
Immediate Past President

Donald H. Combs III
Chair, Young Lawyers Division

**EXECUTIVE DIRECTOR**
John D. Meyers

**BOARD OF GOVERNORS**
Amelia M. Adams
Douglas G. Benge
Miranda D. Click
Jennifer M. Gatherwright
William M. "Mitch" Hall, Jr.
LaToi D. Mayo
Stephanie McGehee-Shacklette
Susan Montalvo-Gesser
Susan D. Phillips
Ryan C. Reed
James M. Ridings
James A. Sigler
Catherine D. Stavros
J. Tanner Watkins



## THIS IS TO CERTIFY THAT

### SAMUEL BARNETT WEAVER
8814 Woodridge Drive
Florence, Kentucky 41042

### Membership No. 100103

is an active member in good standing with the Kentucky Bar Association as required by the Rules of the Supreme Court of Kentucky, no record of any complaints or charges of any kind having been preferred against him. Dated this 30th day of October, 2024.

**JOHN D. MEYERS**
**REGISTRAR**

By: _____
John D. Meyers, Registrar