# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re:<br><br>Pro-Mark Services, Inc.,<br>　　　Debtor.<br><br><br>ERIK A. AHLGREN, as Chapter 7 trustee of Bankruptcy Estate of Pro-Mark Services, Inc., and as Administrator of the Pro-Mark Services, Inc. Employee Stock Ownership Plan<br><br>　　　Plaintiff,<br><br>v.<br><br>CONNIE BERG, KYLE BERG, CONNIE BERG REVOCABLE LIVING TRUST, KYLE R. BERG REVOCABLE LIVING TRUST, CHAD DUBOIS, MANDY GRANT, and MIGUEL PAREDES,<br>　　　Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § | Chapter 7<br>Case No. 24-30167<br><br><br><br><br><br><br><br><br><br><br><br>Adv. No. 24-07014 |

## STIPULATED MOTION TO EXTEND PAGE LIMITS FOR BRIEF IN SUPPORT OF MOTION TO DISMISS THE AMENDED COMPLAINT

Pursuant to Local Rule 7007-1(D) and (G), Plaintiff and Defendants Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, and Kyle R. Berg Revocable Living Trust (collectively, the "Berg Defendants") move the Court, by stipulation, for an order extending the page limit for the Berg Defendant's to-be-filed brief in support of their to-be-filed Motion to Dismiss Plaintiff's Amended Complaint from

forty (40) pages to sixty (60) pages total, and in support thereof respectfully states as follows:

1. On August 26, 2024, Plaintiff filed this adversary proceeding against defendants, including the Berg Defendants.

2. On September 25, 2024, Plaintiff filed an Amended Complaint. The Amended Complaint is 101 pages, exclusive of exhibits, contains 493 paragraphs, and asserts 24 counts against the Berg Defendants.

3. The Berg Defendants intend to file a Motion to Dismiss the Amended Complaint on or before November 22, 2024.

4. Pursuant to Local Rule 7007-1(A), a dispositive motion filed in an adversary proceeding is limited to forty (40) pages total and twenty-five (25) pages of argument. The Berg Defendants have requested that Plaintiff stipulate to an extension of this page limit to no more than sixty (60) pages total. The Berg Defendants seek this extension so that the Berg Defendants may fully address the factual and legal issues presented in Plaintiff's Amended Complaint. Given the length of the Amended Complaint, and the number of counts alleged against the Berg Defendants, the Berg Defendants believe that good cause exists for this requested extension.

5. Plaintiff has no objection to the requested extension and, therefore, has agreed to join this stipulated motion.

# REQUESTED RELIEF

Based on the foregoing, the Berg Defendants and Plaintiff, by stipulation, move the Court for an order granting leave for the Berg Defendants to file a brief in support of their Motion to Dismiss of no more than sixty (60) pages total.

Dated: November 18, 2024

/s/ Stephen M. Pezanosky
Stephen M. Pezanosky (*pro hac vice*)
Stephen.Pezanosky@haynesboone.com
Aimee M. Furness (*pro hac vice*)
Aimee.Furness@haynesboone.com
Jordan E. Chavez (*pro hac vice*)
Jordan.Chavez@haynesboone.com
Brenna H. Scully (*pro hac vice*)
Brenna.Scully@haynesboone.com
**HAYNES AND BOONE LLP**
2801 N. Harwood St., Suite 2300
Dallas, Texas 75201
Telephone: (214) 651-5000
Facsimile: (214) 651-5940

*Attorneys for Defendants Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, Kyle R. Berg Revocable Living Trust*

Dated: November 18, 2024

/s/ Peter D. Kieselbach
Michael B. Fisco (*pro hac vice*)
fiscom@gtlaw.com
Peter D. Kieselbach (*pro hac vice*)
kieselbachp@gtlaw.com
GREENBURG TAURIG, LLP
90 South Seventh St., Suite 3500

        Minneapolis, MN 55402
        Telephone: (612) 259-9700

        and

        Erik A. Ahlgren (ND #09561)
        erik@ahlgrenlawoffice.net
        Ahlgren Law Office, PLLC
        220 W. Washington Ave., Ste. 105
        Fergus Falls, MN 56537
        Telephone: (218) 998-2775

        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 18th day of November 2024, the above document was served on all counsel of record via CM/ECF.

                        */s/ Aimee M. Furness*
                        Aimee M. Furness

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: <br><br> Pro-Mark Services, Inc., <br>     Debtor. <br><br><br> ERIK A. AHLGREN, as Chapter 7 trustee of Bankruptcy Estate of Pro-Mark Services, Inc., and as Administrator of the Pro-Mark Services, Inc. Employee Stock Ownership Plan <br><br>     Plaintiff, <br><br> v. <br><br> CONNIE BERG, KYLE BERG, CONNIE BERG REVOCABLE LIVING TRUST, KYLE R. BERG REVOCABLE LIVING TRUST, CHAD DUBOIS, MANDY GRANT, and MIGUEL PAREDES, <br>     Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § | Chapter 7 <br> Case No. 24-30167 <br><br><br><br><br><br><br><br><br><br><br><br> Adv. No. 24-07014 |

**ORDER GRANTING STIPULATED MOTION TO EXTEND PAGE LIMITS FOR BRIEF IN SUPPORT OF MOTION TO DISMISS THE <u>AMENDED COMPLAINT</u>**

Upon review of the Trustee and Berg Defendants' Stipulated Motion to Extend Page Limits for Brief in Support of Motion to Dismiss the Amended Complaint, the Court finds cause for granting the Motion. Therefore, it is hereby ORDERED that the Berg Defendants page limit for their Motion to Dismiss is hereby extended to 60 pages.

**ORDER GRANTING STIPULATED MOTION TO EXTEND PAGE LIMITS
FOR BRIEF IN SUPPORT OF MOTION TO DISMISS THE AMENDED COMPLAINT**

Dated _____, 2024

                                                              Shon Hastings, Judge
                                                              United States Bankruptcy Court

**ORDER GRANTING STIPULATED MOTION TO EXTEND PAGE LIMITS
FOR BRIEF IN SUPPORT OF MOTION TO DISMISS THE AMENDED COMPLAINT**