UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

Pro-Mark Services, Inc.,                                          Bky. Case No. 24-30167
                                                                                                                   Chapter 7

                     Debtor.

___

Erik A. Ahlgren, as Chapter 7 Trustee
of the Bankruptcy Estate of Pro-Mark Services, Inc.,
as Administrator of the Pro-Mark
Services, Inc. Employee Stock Ownership Plan, and
as Trustee of the Pro-Mark Services, Inc.
Employee Stock Ownership Trust,

                     Plaintiff,

v.                                                                                                       Adversary No. 24-07014

Connie Berg, Kyle Berg, Connie Berg Revocable
Living Trust, Kyle R. Berg Revocable Living Trust,
Chad DuBois, Mandy Grant, and Miguel Paredes,

                     Defendants.

___

**STIPULATED MOTION TO EXTEND DEFENDANT MIGUEL PAREDES' TIME TO REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT MIGUEL PAREDES' MOTION TO DISMISS**

1. On October 25, 2024, Defendant Miguel Paredes ("Paredes") filed his Motion to Dismiss the Amended Complaint. [Doc. 30]  Plaintiff's response deadline for the Motion to Dismiss was extended to November 22, 2024 pursuant to a Stipulated Motion to Extend Plaintiff's Time to Respond to Defendant Miguel Paredes' Motion to Dismiss [Doc. 39], and the Court's Order granting said Stipulation. [Doc. 40].

2. Plaintiff and Defendant Paredes hereby move the Court, by stipulation, for an order extending the deadline for Defendant Paredes to reply to Plaintiff's response to Defendant Paredes' Motion to Dismiss to December 10, 2024.

Dated: November 21, 2024            /s/ Peter D. Kieselbach
Michael B. Fisco (*Admitted Pro Hac Vice*)
Peter D. Kieselbach (*Admitted Pro Hac Vice*)
GREENBURG TRAURIG, LLP
90 South Seventh St., Suite 3500
Minneapolis, MN 55402
Tel: (612) 259-9700
fiscom@gtlaw.com
kieselbachp@gtlaw.com

*and*

Erik A. Ahlgren (ND #09561)
Ahlgren Law Office, PLLC
220 W. Washington Ave., Ste. 105
Fergus Falls, MN 56537
(218) 998-2775
*erik@ahlgrenlawoffice.net*

Counsel for Plaintiff


Dated: November 21, 2024            Michael L. Scheier
Michael L. Scheier (*Admitted Pro Hac Vice*)
Jacob D. Rhode (*Admitted Pro Hac Vice*)
Joseph E. Lehnert (*Admitted Pro Hac Vice*)
Samuel B. Weaver (*Pro Hac Vice forthcoming*)
KEATING MUETHING & KLEKAMP, PLL
One East Fourth Street, Suite 1400
Cincinnati, OH 45202
Tel: (513) 579-6952
Fax: (513) 579-6457
mscheier@kmklaw.com
jrhode@kmklaw.com
jlehnert@kmklaw.com
sweaver@kmklaw.com

*and*

Michael Gust (ND #06468)
ABST Law, P.C.
4132 30th Ave. SW, Suite 100
P.O. Box 10247
Fargo, ND 58106-0247
Tel: (701) 235-3300
Fax: (701) 237-3154
mgust@abstlaw.net

Counsel for Defendant Miguel Paredes

3