UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

Pro-Mark Services, Inc.,                                                Bky. Case No. 24-30167

                                                                                                                                                    Chapter 7

        Debtor.

---

Erik A. Ahlgren, as Chapter 7 Trustee
of the Bankruptcy Estate of Pro-Mark Services, Inc.,
as Administrator of the Pro-Mark
Services, Inc. Employee Stock Ownership Plan, and
as Trustee of the Pro-Mark Services, Inc.
Employee Stock Ownership Trust,

                             Plaintiff,

v.                                                           Adversary No. 24-07014

Connie Berg, Kyle Berg, Connie Berg Revocable
Living Trust, Kyle R. Berg Revocable Living Trust,
Chad DuBois, Mandy Grant, and Miguel Paredes,

                             Defendants.

---

**STIPULATED MOTION TO EXTEND
RESPONSE PERIOD TO AMENDED COMPLAINT**

       1.       Plaintiff Erik A. Ahlgren, as Chapter 7 Trustee of the Bankruptcy Estate of Pro-Mark Services, Inc., as Administrator of the Pro-Mark Services, Inc. Employee Stock Ownership Plan, and as Trustee of the Pro-Mark Services, Inc. Employee Stock Ownership Trust filed his Adversary Complaint against the Defendants, including Defendant Mandy Grant, and the Court issued a Summons, on August 26, 2024. [ECF Nos. 1, 2.] Answers to the Adversary Complaint were due by September 25, 2024. [ECF No. 2.] Plaintiff filed an Amended Complaint on September 25, 2024, triggering a new response time for Defendant Grant. [ECF No. 11.]

       2.       On October 3, 2024, Plaintiff and Defendant Grant filed a stipulated motion to extend the deadline for Defendant Grant to file an answer or other response to the Amended

ACTIVE 704346770v1

Complaint to October 25, 2024 [ECF No. 18] ("Extension Motion").  The parties jointly requested the extension to facilitate settlement discussions.  By order dated October 4, 2024 [ECF No. 19], the Court granted the Extension Motion.

3. On October 24, 2024, Plaintiff and Defendant Grant filed a stipulated motion to further extend the deadline for Defendant Grant to file an answer or other response to the Amended Complaint to November 22, 2024 [ECF No. 27] ("Second Extension Motion").  The parties jointly requested the extension to facilitate settlement discussions.  By order dated November 4, 2024 [ECF No. 38], the Court granted the Second Extension Motion.

4. Plaintiff and Defendant Grant are continuing to engage in productive settlement discussions.  To facilitate those settlement discussions, Plaintiff and Defendant Grant hereby move the Court, by stipulation, for an order further extending the deadline for Defendant Grant to file an answer or other response to the Amended Complaint to December 20, 2024.

Dated: November 21, 2024

/e/ Peter D. Kieselbach
Michael B. Fisco (*Admitted Pro Hac Vice*)
Peter D. Kieselbach (*Admitted Pro Hac Vice*)
GREENBURG TRAURIG, LLP
90 South Seventh St., Suite 3500
Minneapolis, MN 55402
Tel: (612) 259-9700
fiscom@gtlaw.com
kieselbachp@gtlaw.com
Counsel for Plaintiff

Dated: November 21, 2024

/e/ Brian D. Larson
Brian D. Larson, ND ID #08568
Andrew D. Cook, ND ID # 06278
OHNSTAD TWICHELL, P.C.
444 Sheyenne Street, Suite 102
P.O. Box 458
West Fargo, ND 58078-0458
Tel: (701) 282-3249
Fax: (701) 282-0825
blarson@ohnstadlaw.com
acook@ohnstadlaw.com
Counsel for Defendant Mandy Grant

ACTIVE 704346770v1