# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re:<br><br>Pro-Mark Services, Inc.,<br><br>   Debtor.<br><br>―――――――――――――――――<br><br>ERIK A. AHLGREN, as Chapter 7 trustee of Bankruptcy Estate of Pro-Mark Services, Inc., as Administrator of the Pro-Mark Services, Inc. Employee Stock Ownership Plan, and as Trustee of the Pro-Mark Services, Inc. Employee Stock Ownership Trust,<br><br>   Plaintiff,<br><br>v.<br><br>CONNIE BERG, KYLE BERG, CONNIE BERG REVOCABLE LIVING TRUST, KYLE R. BERG REVOCABLE LIVING TRUST, CHAD DUBOIS, MANDY GRANT, and MIGUEL PAREDES,<br><br>   Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | Chapter 7<br>Case No. 24-30167<br><br><br><br>Adv. No. 24-07014 |

## BERG DEFENDANTS' DEMAND FOR JURY TRIAL

  Come now, Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, and Kyle R. Berg Revocable Living Trust (collectively, the "Berg Defendants"), by and through their undersigned counsel of record, and expressly subject to their Motion to Dismiss filed on November 22, 2024 (Dkt. 49) files their demand for a jury trial in connection with any triable issues related to the complaint (as amended at Docket No. 11, the "Complaint") filed by Erik A. Ahlgren in his official capacity as Chapter

**BERG DEFENDANTS' DEMAND FOR JURY TRIAL**

7 trustee of the Debtor's bankruptcy estate (the "Trustee") pursuant to Federal Rule of Bankruptcy Procedure 9015 and Federal Rule of Civil Procedure 38. The Berg Defendants do not consent to a jury trial conducted by the Bankruptcy Court.

Dated: November 22, 2024

                                             */s/ Stephen M. Pezanosky*
Stephen M. Pezanosky (admitted *pro hac vice*)
Stephen.Pezanosky@haynesboone.com
Aimee M. Furness (*pro hac vice*)
Aimee.Furness@haynesboone.com
Jordan E. Chavez (*pro hac vice*)
Jordan.Chavez@haynesboone.com
Brenna H. Scully (*pro hac vice*)
Brenna.Scully@haynesboone.com
**HAYNES AND BOONE LLP**
2801 N. Harwood St., Suite 2300
Dallas, Texas 75201
Telephone: (214) 651-5000
Facsimile: (214) 651-5940

*Attorneys for Defendants Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, Kyle R. Berg Revocable Living Trust*

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 22 day of November 2024, the above document was served on all counsel of record via CM/ECF, including the Trustee and his counsel.

                                              */s/ Aimee M. Furness*
                                              Aimee M. Furness