IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Pro-Mark Services, Inc. | ) | Case No. 24-30167 |
| | ) | (Chapter 7) |
|       Debtor. | ) | |
| _____ | ) | |
| | ) | |
| Erik A. Ahlgren, as Chapter 7 Trustee of Bankruptcy Estate of Pro-Mark Services, Inc., and as Administrator of the Pro-Mark Services, Inc. Employee Stock Ownership Plan, | ) ) ) ) ) | Adv. Case No. 24-07014 |
| | ) | |
|       Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, Kyle R. Berg Revocable Living Trust, Chad DuBois, Mandy Grant, and Miguel Paredes, | ) ) ) ) | |
| | ) | |
|       Defendants. | ) | |

## **NOTICE OF MOTION TO DISMISS CLAIMS AGAINST CHAD DUBOIS**

NOTICE IS HEREBY GIVEN that Chad DuBois has filed a motion to dismiss the claims against him in this adversary proceeding. A copy of the application is being filed of even date with this notice.

NOTICE IS FURTHER GIVEN that written objections to the granting of the motion, if any, shall be filed with the Clerk of the United States Bankruptcy Court for the District of North Dakota, 655 1st Ave. N. Suite 210, Fargo, ND 58102-4932 within twenty-one (21) days from the date of the giving of this notice. Any objections not filed and served may be deemed waived.

*[Signature Block and Certificate of Service on Following Page]*

1

                                                        Respectfully Submitted,

Dated: November 22, 2024          By:    /s/ Maurice B. VerStandig
                                                           Maurice B. VerStandig, Esq.
                                                           The Dakota Bankruptcy Firm
                                                           1630 1st Avenue N
                                                           Suite B PMB 24
                                                           Fargo, North Dakota 58102-4246
                                                           Phone: (701) 394-3215
                                                           mac@dakotabankruptcy.com
                                                           *Counsel for Mr. DuBois*

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 22nd day of November, 2024, a copy of the foregoing was served electronically upon filing via the ECF system.

                                                                  /s/ Maurice B. VerStandig
                                                                  Maurice B. VerStandig