UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

Pro-Mark Services, Inc.,                                                         Bky. Case No. 24-30167

                                                                                                                 Chapter 7

                        Debtor.

---

Erik A. Ahlgren, as Chapter 7 Trustee
of the Bankruptcy Estate of Pro-Mark Services, Inc.,
as Administrator of the Pro-Mark
Services, Inc. Employee Stock Ownership Plan, and
as Trustee of the Pro-Mark Services, Inc.
Employee Stock Ownership Trust,

                                         Plaintiff,

v.                                                                                    Adversary No. 24-07014

Connie Berg, Kyle Berg, Connie Berg Revocable
Living Trust, Kyle R. Berg Revocable Living Trust,
Chad DuBois, Mandy Grant, and Miguel Paredes,

                                         Defendants.

---

**STIPULATED MOTION TO EXTEND PLAINTIFF'S TIME TO RESPOND TO THE BERG DEFENDANTS' MOTION TO DISMISS**

1.       Plaintiff Erik A. Ahlgren, as Chapter 7 Trustee of the Bankruptcy Estate of Pro-Mark Services, Inc., as Administrator of the Pro-Mark Services, Inc. Employee Stock Ownership Plan, and as Trustee of the Pro-Mark Services, Inc. Employee Stock Ownership Trust filed his Amended Complaint against the Defendants, including Defendants Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, and Kyle R. Berg Revocable Living Trust (collectively, the "Berg Defendants"), on September 25, 2024. [ECF No. 11.]

2. On October 9, 2024, Plaintiff and the Berg Defendants filed a stipulated motion to extend the Berg Defendants' time to respond to the Amended Complaint until November 22, 2024. [ECF No. 23.] By order dated October 10, 2024, the Court granted the motion. [ECF No. 25.]

3. On November 22, 2024, the Berg Defendants filed a Motion to Dismiss the Amended Complaint (the "Berg Motion to Dismiss") [ECF No. 54].

4. Due to the upcoming holidays, the travel schedules of Plaintiff's counsel, and the fact that Plaintiff must also respond to a Motion to Dismiss filed by Defendant Chad DuBois [ECF No. 55], Plaintiff requested that the Berg Defendants stipulate to an extension of Plaintiff's time to respond to the Berg Motion to Dismiss to January 10, 2025. The Berg Defendants have no objection to this request.

5. Accordingly, Plaintiff and the Berg Defendants hereby move the Court, by stipulation, for an order extending the deadline for Plaintiff to respond to the Berg Motion to Dismiss to January 10, 2025.

Dated: November 26, 2024

*/e/ Peter D. Kieselbach*
Michael B. Fisco (*Admitted Pro Hac Vice*)
Peter D. Kieselbach (*Admitted Pro Hac Vice*)
GREENBURG TRAURIG, LLP
90 South Seventh St., Suite 3500
Minneapolis, MN 55402
Tel: (612) 259-9700
fiscom@gtlaw.com
kieselbachp@gtlaw.com

*and*

Erik A. Ahlgren (ND #09561)
Ahlgren Law Office, PLLC
220 W. Washington Ave., Ste. 105
Fergus Falls, MN 56537
(218) 998-2775
erik@ahlgrenlawoffice.net

Counsel for Plaintiff

ACTIVE 704491788v1

Date: November 26, 2024  /s/ *Jordan E. Chavez*
Stephen M. Pezanosky (admitted *pro hac vice*)
Stephen.Pezanosky@haynesboone.com
Aimee M. Furness (*pro hac vice*)
Aimee.Furness@haynesboone.com
Jordan E. Chavez (*pro hac vice*)
Jordan.Chavez@haynesboone.com
Brenna H. Scully (*pro hac vice*)
Brenna.Scully@haynesboone.com
**HAYNES AND BOONE LLP**
2801 N. Harwood St., Suite 2300
Dallas, Texas 75201
Telephone: (214) 651-5000
Facsimile: (214) 651-5940

*Attorneys for Defendants Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, Kyle R. Berg Revocable Living Trust*

CERTIFICATE OF SERVICE

The undersigned certifies that on November 26, 2024, the above document was served on all counsel of record via CM/ECF.

/e/ *Peter D. Kieselbach*
Peter D. Kieselbach

3

ACTIVE 704491788v1