UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>Pro-Mark Services, Inc.,<br><br>Debtor. | Bky. Case No. 24-30167<br>Chapter 7 |
| Erik A. Ahlgren, as Chapter 7 Trustee<br>of the Bankruptcy Estate of Pro-Mark Services, Inc.,<br>as Administrator of the Pro-Mark<br>Services, Inc. Employee Stock Ownership Plan, and<br>as Trustee of the Pro-Mark Services, Inc.<br>Employee Stock Ownership Trust,<br><br>Plaintiff,<br><br>v.<br><br>Connie Berg, Kyle Berg, Connie Berg Revocable<br>Living Trust, Kyle R. Berg Revocable Living Trust,<br>Chad DuBois, Mandy Grant, and Miguel Paredes,<br><br>Defendants. | Adversary No. 24-07014 |

**STIPULATED MOTION TO EXTEND PLAINTIFF'S TIME TO RESPOND TO THE DEFENDANT CHAD DUBOIS' MOTION TO DISMISS**

1. Plaintiff Erik A. Ahlgren, as Chapter 7 Trustee of the Bankruptcy Estate of Pro-Mark Services, Inc., as Administrator of the Pro-Mark Services, Inc. Employee Stock Ownership Plan, and as Trustee of the Pro-Mark Services, Inc. Employee Stock Ownership Trust filed his Amended Complaint against the Defendants, including Defendant Chad DuBois ("Defendant DuBois"), on September 25, 2024. [ECF No. 11.]

2. On October 8, 2024, Plaintiff and Defendant DuBois filed a stipulated motion to extend the deadline for Defendant DuBois to file an answer or other response to the Amended

ACTIVE 704493735v1

Complaint to October 25, 2024 [ECF No. 20]. By order dated October 8, 2024 [ECF No. 21], the Court granted the motion.

3. On October 24, 2024, Plaintiff and Defendant DuBois filed another stipulated motion to extend the deadline for Defendant DuBois to file an answer or other response to the Amended Complaint to November 22, 2024 [ECF No. 26]. By order dated November 4, 2024 [ECF No. 37], the Court granted the motion.

4. On November 22, 2024, the Defendant DuBois filed a Motion to Dismiss the Amended Complaint (the "DuBois Motion to Dismiss") [ECF No. 55].

5. Due to the upcoming holidays, the travel schedules of Plaintiff's counsel, and the fact that Plaintiff must also respond to a Motion to Dismiss filed by Defendants Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, and Kyle R. Berg Revocable Living Trust [ECF No. 54], Plaintiff requested that the Defendant DuBois stipulate to an extension of Plaintiff's time to response to the DuBois Motion to Dismiss to January 10, 2025. Defendant DuBois has no objection to this request.

6. Accordingly, Plaintiff and Defendant DuBois hereby move the Court, by stipulation, for an order extending the deadline for Plaintiff to respond to the DuBois Motion to Dismiss to January 10, 2025.

Dated:  November 26, 2024          */e/ PeterD. Kieselbach*
                                                     Michael B. Fisco (*Admitted Pro Hac Vice*)
                                                     Peter D. Kieselbach (*Admitted Pro Hac Vice*)
                                                     GREENBURG TRAURIG, LLP
                                                     90 South Seventh St., Suite 3500
                                                     Minneapolis, MN 55402
                                                     Tel: (612) 259-9700
                                                     fiscom@gtlaw.com
                                                     kieselbachp@gtlaw.com

ACTIVE 704493735v1

        *and*

        Erik A. Ahlgren (ND #09561)
        Ahlgren Law Office, PLLC
        220 W. Washington Ave., Ste. 105
        Fergus Falls, MN 56537
        (218) 998-2775
        erik@ahlgrenlawoffice.net

        Counsel for Plaintiff

Dated: November 26, 2024        */e/ Maurice B. VerStandig*
        Maurice B. VerStandig, Esq.
        The Dakota Bankruptcy Firm
        1630 1st Avenue N
        Suite B PMB 24
        Fargo, North Dakota 58102-4246
        Tel: (701) 394-3215
        mac@dakotabankruptcy.com

        Counsel for Defendant DuBois

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 26, 2024, the above document was served on all counsel of record via CM/ECF.

        */e/ Peter D. Kieselbach*
        Peter D. Kieselbach

3

ACTIVE 704493735v1