UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

Pro-Mark Services, Inc.,                                            Bky. Case No. 24-30167
                                                                             Chapter 7
                Debtor.

---

Erik A. Ahlgren, as Chapter 7 Trustee
of the Bankruptcy Estate of Pro-Mark Services, Inc.,
as Administrator of the Pro-Mark
Services, Inc. Employee Stock Ownership Plan, and
as Trustee of the Pro-Mark Services, Inc.
Employee Stock Ownership Trust,

                Plaintiff,

v.                                                                   Adversary No. 24-07014

Connie Berg, Kyle Berg, Connie Berg Revocable
Living Trust, Kyle R. Berg Revocable Living Trust,
Chad DuBois, Mandy Grant, and Miguel Paredes,

                Defendants.

---

### STIPULATED MOTION TO EXTEND
### RESPONSE PERIOD TO AMENDED COMPLAINT

1.      Plaintiff Erik A. Ahlgren, as Chapter 7 Trustee of the Bankruptcy Estate of Pro-Mark Services, Inc., as Administrator of the Pro-Mark Services, Inc. Employee Stock Ownership Plan, and as Trustee of the Pro-Mark Services, Inc. Employee Stock Ownership Trust filed his Adversary Complaint against the Defendants, including Defendant Mandy Grant, and the Court issued a Summons, on August 26, 2024. [ECF Nos. 1, 2.] Answers to the Adversary Complaint were due by September 25, 2024. [ECF No. 2.] Plaintiff filed an Amended Complaint on September 25, 2024, triggering a new response time for Defendant Grant. [ECF No. 11.]

ACTIVE 705363570v1

2. On October 3, 2024, Plaintiff and Defendant Grant filed a stipulated motion to extend the deadline for Defendant Grant to file an answer or other response to the Amended Complaint to October 25, 2024 [ECF No. 18] ("Extension Motion"). The parties jointly requested the extension to facilitate settlement discussions. By order dated October 4, 2024 [ECF No. 19], the Court granted the Extension Motion.

3. On October 24, 2024, Plaintiff and Defendant Grant filed a stipulated motion to further extend the deadline for Defendant Grant to file an answer or other response to the Amended Complaint to November 22, 2024 [ECF No. 27] ("Second Extension Motion"). The parties jointly requested the extension to facilitate settlement discussions. By order dated November 4, 2024 [ECF No. 38], the Court granted the Second Extension Motion.

4. On November 21, 2024, Plaintiff and Defendant Grant filed a stipulated motion to further extend the deadline for Defendant Grant to file an answer or other response to the Amended Complaint to December 20, 2024 [ECF No. 46] ("Third Extension Motion"). The parties jointly requested the extension to facilitate settlement discussions. By order dated November 21, 2024 [ECF No. 48], the Court granted the Third Extension Motion

5. Plaintiff and Defendant Grant are continuing to engage in productive settlement discussions. To facilitate those settlement discussions, Plaintiff and Defendant Grant hereby move the Court, by stipulation, for an order further extending the deadline for Defendant Grant to file an answer or other response to the Amended Complaint to January 20, 2025.

2

| | |
|---|---|
| Dated: December 20, 2024 | */e/ Peter D. Kieselbach* <br> Michael B. Fisco (*Admitted Pro Hac Vice*) <br> Peter D. Kieselbach (*Admitted Pro Hac Vice*) <br> GREENBURG TRAURIG, LLP <br> 90 South Seventh St., Suite 3500 <br> Minneapolis, MN 55402 <br> Tel: (612) 259-9700 <br> fiscom@gtlaw.com <br> kieselbachp@gtlaw.com <br> Counsel for Plaintiff |
| Dated: December 20, 2024 | */e/ Brian D. Larson* <br> Brian D. Larson, ND ID #08568 <br> Andrew D. Cook, ND ID # 06278 <br> OHNSTAD TWICHELL, P.C. <br> 444 Sheyenne Street, Suite 102 <br> P.O. Box 458 <br> West Fargo, ND 58078-0458 <br> Tel: (701) 282-3249 <br> Fax: (701) 282-0825 <br> blarson@ohnstadlaw.com <br> acook@ohnstadlaw.com <br> Counsel for Defendant Mandy Grant |

3

ACTIVE 705363570v1