UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>Pro-Mark Services, Inc.,<br><br>       Debtor. | Chapter 7<br>Bky. No. 24-30167 |
| Erik A. Ahlgren, as Chapter 7 Trustee of Bankruptcy Estate of Pro-Mark Services, Inc., as Administrator of the Pro-Mark Services, Inc. Employee Stock Ownership Plan, and as Trustee of the Pro-Mark Services, Inc. Employee Stock Ownership Trust,<br><br>       Plaintiff,<br>v.<br><br>Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, Kyle R. Berg Revocable Living Trust, Chad DuBois, Mandy Grant, and Miguel Paredes,<br><br>       Defendants. | Adv. No. 24-07014<br><br>**STIPULATED MOTION TO EXTEND PAGE LIMITS FOR PLAINTIFF'S BRIEF IN OPPOSITION TO MOTION TO DISMISS BY DEFENDANTS CONNIE BERG, KYLE BERG, CONNIE BERG REVOCABLE LIVING TRUST, AND KYLE R. BERG REVOCABLE LIVING TRUST** |

Pursuant to Local Rule 7007-1(D) and (G), Plaintiff and Defendants Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, and Kyle R. Berg Revocable Living Trust (collectively, the "Berg Defendants") move the Court, by stipulation, for an order extending the page limit for Plaintiff's to-be-filed brief in opposition of the Berg Defendants' Notice of Motion and Motion to Dismiss ("Motion to Dismiss") from forty (40) pages to fifty-five (55) pages total, including an argument section that exceeds twenty-five (25) pages. In support thereof respectfully states as follows:

On August 26, 2024, Plaintiff filed this adversary proceeding against defendants, including the Berg Defendants. (Doc. No. 1).

ACTIVE 706090880v2

On September 25, 2024, Plaintiff filed an Amended Complaint. (Doc. No. 11). The Amended Complaint is 101 pages, exclusive of exhibits, contains 493 paragraphs, and asserts 24 counts against the Berg Defendants.

On November 18, 2024, the Berg Defendants and the Plaintiff filed a Stipulated Motion to Extend Page Limits for Brief in Support of Motion to Dismiss the Amended Complaint. (Doc. No. 43). On November 19, 2024, the Court granted this motion. (Doc. No. 44).

On November 22, 2024, the Berg Defendants filed the Motion to Dismiss. (Doc. No. 54). Plaintiff's response is due January 10, 2025. (Doc. No. 59).

Pursuant to Local Rule 7007-1(A), a response to a dispositive motion filed in an adversary proceeding is limited to forty (40) pages total and twenty-five (25) pages of argument. The Plaintiff has requested the Berg Defendants to stipulate to an extension of this page limit to no more than fifty-five (55) pages total, including an argument section that exceeds twenty-five (25) pages. Plaintiff seeks this extension so that Plaintiff may fully address the factual and legal issues presented in the Motion to Dismiss. Given the length of the Amended Complaint, the number of counts alleged against the Berg Defendants, the length of the Motion to Dismiss, and the sophistication of the legal arguments in the Motion to Dismiss, Plaintiff believes that good cause exists for this requested extension. The Berg Defendants have no objection to the requested extension and, therefore, have agreed to join this stipulated motion.

**REQUESTED RELIEF**

Based on the foregoing, Plaintiff and the Berg Defendants, by stipulation, move the Court for an order granting leave for Plaintiff to file a brief in opposition to the Motion to Dismiss of no more than fifty-five (55) pages total, which may include an argument section that exceeds twenty-five (25) pages.

|  |  |
|---|---|
| Date: January 10, 2025 | */e/ Peter D. Kieselbach* <br> Michael B. Fisco (Minnesota #0175341) <br> (*Admitted Pro Hac Vice*) <br> Peter D. Kieselbach (Minnesota #0397531) <br> (*Admitted Pro Hac Vice*) <br> **GREENBERG TRAURIG, LLP** <br> 90 South Seventh Street, Suite 3500 <br> Minneapolis, MN 55402 <br> Telephone: (612) 259-9700 <br> Email: fiscom@gtlaw.com <br>       kieselbachp@gtlaw.com <br><br> *and* <br><br> Erik A. Ahlgren (North Dakota #09561) <br> Ahlgren Law Office, PLLC <br> 220 W. Washington Ave. Suite 105 <br> Fergus Falls, MN 56537 <br> Telephone: (218) 998-2775 <br> Email: erik@ahlgrenlawoffice.net <br><br> *Attorneys for Plaintiff* <br><br> */e/ Stephen M. Pezanosky* <br> Stephen M. Pezanosky (admitted *pro hac vice*) <br> Stephen.Pezanosky@haynesboone.com <br> Aimee M. Furness (*pro hac vice*) <br> Aimee.Furness@haynesboone.com <br> Jordan E. Chavez (*pro hac vice*) <br> Jordan.Chavez@haynesboone.com <br> Brenna H. Scully (*pro hac vice*) <br> Brenna.Scully@haynesboone.com <br> **Haynes and Boone LLP** <br> 2801 N. Harwood St., Suite 2300 <br> Dallas, Texas 75201 <br> Telephone: (214) 651-5000 <br> Facsimile: (214) 651-5940 <br><br> *Attorneys for Defendants Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, Kyle R. Berg Revocable Living Trust* |

## **CERTIFICATE OF SERVICE**

 The undersigned certifies that on the 10th day of January 2025, the above document was served on all counsel of record via CM/ECF

        */e/ Peter Kieselbach*
        Peter D. Kieselbach

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>Pro-Mark Services, Inc.,<br><br>　　　　　　　Debtor. | Chapter 7<br>Bky. No. 24-30167 |
| Erik A. Ahlgren, as Chapter 7 Trustee of Bankruptcy Estate of Pro-Mark Services, Inc., as Administrator of the Pro-Mark Services, Inc. Employee Stock Ownership Plan, and as Trustee of the Pro-Mark Services, Inc. Employee Stock Ownership Trust,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, Kyle R. Berg Revocable Living Trust, Chad DuBois, Mandy Grant, and Miguel Paredes,<br><br>　　　　　　　Defendants. | Adv. No. 24-07014<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND PAGE LIMITS FOR PLAINTIFF'S BRIEF IN OPPOSITION TO MOTION TO DISMISS BY DEFENDANTS CONNIE BERG, KYLE BERG, CONNIE BERG REVOCABLE LIVING TRUST, AND KYLE R. BERG REVOCABLE LIVING TRUST** |

Upon review of Plaintiff and Berg Defendants' Stipulated Motion to Extend Page Limits for Plaintiff's Brief in Opposition to Motion to Dismiss by Defendants Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, and Kyle R. Berg Revocable Living Trust, the Court finds cause for granting the Motion. Therefore, it is hereby ORDERED Plaintiff's page limit for his brief in opposition to the Motion to Dismiss is hereby extended to fifty-five (55) pages total, which may include an argument section that exceeds twenty-five (25) pages.

Dated _____, 2025

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Shon Hastings, Judge
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court