**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re:<br><br>Pro-Mark Services, Inc.,<br><br>                    Debtor, | Chapter 7<br>Bky. No. 24-30167 |
| Erik A. Ahlgren, as Chapter 7 Trustee of Bankruptcy Estate of Pro-Mark Services, Inc., and as Administrator of the Pro-Mark Services, Inc. Employee Stock Ownership Plan,<br><br>                    Plaintiff,<br><br>     v.<br><br>Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, Kyle R. Berg Revocable Living Trust, Chad DuBois, Mandy Grant, and Miguel Paredes,<br><br>                    Defendants. | Adv. No. 24-07014<br><br><br><br><br><br>**DEFENDANT MANDY GRANT'S NOTICE OF MOTION AND MOTION TO DISMISS** |

NOTICE IS HEREBY GIVEN that Defendant Mandy Grant, by and through her undersigned counsel of record, files this Motion to Dismiss the Amended Complaint [Doc #11] filed by Erik A. Ahlgren in his official capacity as Chapter 7 Trustee of the Debtor's bankruptcy estate (the "Trustee").

NOTICE IS FURTHER GIVEN that if the objections to the relief requested in this Motion are timely filed, the Court will schedule a hearing on this Motion and objections in accordance with the provisions in Local Rule 7007-1 of the North Dakota Rules of Bankruptcy Procedure.

NOTICE IS ALSO GIVEN that if no objections to this Motion are filed within twenty-one (21) days from the date of service of this Notice, the Court will enter an Order granting the relief requested in this Motion. Written objections to this Motion, if any, shall be filed with the Clerk of

1

the United States Bankruptcy Court, whose address is 655 First Avenue North, Suite 210, Fargo, ND 58102, with a copy mailed to counsel for Defendant Mandy Grant, whose name and address is listed below.

Pursuant to Federal Rule of Bankruptcy Procedure 7012(b) and Federal Rules of Civil Procedure 12(b)(6), Defendant Mandy Grant moves to dismiss the claims asserted against her in the Complaint for failure to state a claim upon which relief can be granted. The bases for the relief requested in this Motion are set forth in Defendant Mandy Grant's Memorandum in Support of Motion to Dismiss filed contemporaneously with this Motion.

Given that the Trustee has failed to state a claim against Defendant Mandy Grant upon which relief can be granted, Defendant Mandy Grant respectfully requests that the Court issue an Order dismissing the claims against Defendant Mandy Grant in the Complaint.

## STATEMENT OF CONSENT TO FINAL ORDERS

As required by Federal Rule of Bankruptcy Procedure 7012(b), Defendant Mandy Grant hereby states that she does consent to entry of final orders or judgment by the Bankruptcy Court in the above-captioned Adversary Proceeding.

*(balance of page intentionally left blank)*

4927-9418-2929, v. 1

Dated: January 20, 2025.

          */s/ Andrew D. Cook*
Brian D. Larson, ND ID #08568
Andrew D. Cook, ND ID # 06278
OHNSTAD TWICHELL, P.C.
444 Sheyenne Street, Suite 102
P.O. Box 458
West Fargo, ND 58078-0458
Tel: (701) 282-3249
Fax: (701) 282-0825
Email: blarson@ohnstadlaw.com
Email: acook@ohnstadlaw.com
*Counsel for Defendant Mandy Grant*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 20th day of January, 2025, above document was served on all counsel of record via CM/ECF.

          */s/ Andrew D. Cook*
Andrew D. Cook

4927-9418-2929, v. 1