UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

Pro-Mark Services, Inc.,                                                     Bky. Case No. 24-30167
Chapter 7

                  Debtor.

Erik A. Ahlgren, as Chapter 7 Trustee
of the Bankruptcy Estate of Pro-Mark Services, Inc.,
as Administrator of the Pro-Mark
Services, Inc. Employee Stock Ownership Plan, and
as Trustee of the Pro-Mark Services, Inc.
Employee Stock Ownership Trust,

                  Plaintiff,

v.                                                     Adversary No. 24-07014

Connie Berg, Kyle Berg, Connie Berg Revocable
Living Trust, Kyle R. Berg Revocable Living Trust,
Chad DuBois, Mandy Grant, and Miguel Paredes,

                  Defendants.

**STIPULATED MOTION TO EXTEND CHAD DUBOIS' TIME TO REPLY TO PLAINTIFF'S RESPONSE TO CHAD DUBOIS' MOTION TO DISMISS**

1.     Plaintiff Erik A. Ahlgren, as Chapter 7 Trustee of the Bankruptcy Estate of Pro-Mark Services, Inc., as Administrator of the Pro-Mark Services, Inc. Employee Stock Ownership Plan, and as Trustee of the Pro-Mark Services, Inc. Employee Stock Ownership Trust filed his Amended Complaint against the Defendants, including Chad DuBois ("Mr. DuBois"), on September 25, 2024. [ECF No. 11.]

2.     On October 8, 2024, Plaintiff and the Mr. DuBois filed a stipulated motion to extend the Mr. DuBois' time to respond to the Amended Complaint until October 25, 2024. [ECF No. 20.] By order dated October 8, 2024, the Court granted the motion. [ECF No. 21.]

1

3. On October 24, 2024, the parties again stipulated to an extension of the time to respond to the Amended Complaint, this time until November 22, 2024. [ECF No. 26.] By order dated November 4, 2024, the Court granted the motion, [ECF No. 37.]

4. On November 22, 2024, Mr. DuBois filed a Motion to Dismiss the Amended Complaint (the "DuBois Motion to Dismiss"). [ECF No. 55.]

5. On November 26, 2024, Plaintiff and Mr. DuBois filed a stipulated motion to extend Plaintiff's time to respond to the DuBois Motion to Dismiss to January 10, 2025. [ECF No. 58.] By order dated December 2, 2024, the Court granted the motion. [ECF No. 60.]

6. On January 10, 2025, Plaintiff filed its response to the DuBois Motion to Dismiss (the "Response"). [ECF No. 69.]

7. Mr. DuBois has requested that Plaintiff stipulate to an extension of Mr. DuBois' time to file a reply to the Response to February 7, 2025. Plaintiff has no objection to this request.

8. Accordingly, Plaintiff and Mr. DuBois hereby move the Court, by stipulation, for an order extending the deadline for Mr. DuBois to file a reply to Plaintiff's Response to the DuBois Motion to Dismiss to February 7, 2025.

Dated: January 24, 2025

*/s/ Peter D. Kieselback (signed w/ express permission)*
Michael B. Fisco (*Admitted Pro Hac Vice*)
Peter D. Kieselbach (*Admitted Pro Hac Vice*)
GREENBURG TRAURIG, LLP
90 South Seventh St., Suite 3500
Minneapolis, MN 55402
Tel: (612) 259-9700
fiscom@gtlaw.com
kieselbachp@gtlaw.com

*and*

Erik A. Ahlgren (ND #09561)

2

                                                Ahlgren Law Office, PLLC
                                                220 W. Washington Ave., Ste. 105
                                                Fergus Falls, MN 56537
                                                (218) 998-2775
                                                *erik@ahlgrenlawoffice.net*

                                                Counsel for Plaintiff

Date: January 24, 2025                 */s/ Maurice B. VerStandig*
                                                Maurice B. VerStandig, Esq.
                                                The Dakota Bankruptcy Firm
                                                1630 1st Avenue N
                                                Suite B PMB 24
                                                Fargo, North Dakota 58102-4246
                                                Phone: (701) 394-3215
                                                mac@dakotabankruptcy.com

                                                Counsel for Mr. DuBois

## CERTIFICATE OF SERVICE

      The undersigned certifies that on January 24, 2025, the above document was served on all counsel of record via CM/ECF.

                                                */s/ Maurice B. VerStandig*
                                                Maurice B. VerStandig