UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Bankruptcy No. 24-30167 |
| | Chapter 7 |
| Pro-Mark Services, Inc., | |
| Debtor. | |

Erik A. Ahlgren, *as Chapter 7 Trustee of Bankruptcy Estate of Pro-Mark Services, Inc., as Administrator of the Pro-Mark Services, Inc. Employee Stock Ownership Plan, and as Trustee of the Pro-Mark Services, Inc. Employee Stock Ownership Trust,*

Plaintiff,

vs.                                    Adversary No. 24-07014

Connie Berg, Kyle Berg,
Connie Berg Revocable Living Trust,
Kyle R. Berg Revocable Living Trust,
Chad Dubois, Mandy Grant,
Miguel Paredes,

### ORDER RESCHEDULING ORAL ARGUMENT

Oral Argument currently scheduled for April 3, 2025, at 10:00 a.m. on Motion by Mandy Grant to Dismiss Party (Doc. 75) is rescheduled to allow the parties to facilitate a pending settlement. IT IS ORDERED that Oral Argument is rescheduled to **Friday, April 18, 2025, at 10:00 a.m.**

Video Conference Instructions are located at: https://www.ndb.uscourts.gov/video-conferences. **Parties must make arrangements with the court to secure video conference service and to test the video conference service from the remote site generally not less than 48 hours (72 hours preferred) in advance of the hearing.** To test the connection, submit a testing request to https://www.ndb.uscourts.gov/VCtestform. Parties who do not have video conferencing capability or who prefer to appear by video from a federal courthouse location in Bismarck, Minot, or Grand Forks must call the Bankruptcy Clerk's Office at (701) 297-7100 or email clerks_office@ndb.uscourts.gov. Parties may also elect to appear in person at the Quentin N. Burdick United States Courthouse in Fargo, North Dakota.

Dated: March 24, 2025.

*/s/ Shon Hastings*

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT

Copy served electronically March 24, 2025, to Electronic Mail Notice List for Adversary Case No. 24-7014.