IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Pro-Mark Services, Inc. | ) | Case No. 24-30167 |
| | ) | (Chapter 7) |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| Erik A. Ahlgren, as Chapter 7 Trustee of | ) | |
| Bankruptcy Estate of Pro-Mark Services, | ) | Adv. Case No. 24-07014 |
| Inc., and as Administrator of the Pro-Mark | ) | |
| Services, Inc. Employee Stock Ownership | ) | |
| Plan, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Connie Berg, Kyle Berg, Connie Berg | ) | |
| Revocable Living Trust, Kyle R. Berg | ) | |
| Revocable Living Trust, Chad DuBois, | ) | |
| Mandy Grant, and Miguel Paredes, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO EXTEND TIME FOR CHAD
DUBOIS TO FILE RESPONSIVE PLEADING**

Comes now Chad DuBois ("Mr. DuBois"), by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 9006, and moves this Honorable Court to extend the deadline for Mr. DuBois to file a pleading in response to the Amended Complaint (the "Amended Complaint," as found at DE #11) of the plaintiff herein (the "Plaintiff"), and in support thereof states as follows:

The Amended Complaint is 100 substantive pages in length, with some 493 numbered paragraphs. While the pleading was certainly carefully analyzed in connection with earlier briefing on a motion to dismiss, DE #55, formally answering the same does still require a notable

1

commitment of time. Further, as intimated at a hearing on the foregoing motion, an answer is likely to be accompanied by various affirmative defenses and, potentially, one or more counterclaims and/or cross-claims.

Counsel for the Plaintiff has graciously consented to a one week extension of the current deadline for Mr. DuBois to formally respond to the Amended Complaint and, in light of both the size of the underlying pleading and the likely intricacy of a response thereto, it is respectfully submitted such is a reasonable provision of additional time.

WHEREFORE, Mr. DuBois respectfully prays this Honorable Court (i) allow him to and through May 9, 2025 to respond to the Amended Complaint; and (ii) afford such other and further relief as may be just and proper.

Respectfully Submitted,

Dated: May 2, 2025           By:    /s/ Maurice B. VerStandig
                                    Maurice B. VerStandig, Esq.
                                    The Dakota Bankruptcy Firm
                                    1630 1st Avenue N
                                    Suite B PMB 24
                                    Fargo, North Dakota 58102-4246
                                    Phone: (701) 394-3215
                                    mac@dakotabankruptcy.com
                                    *Counsel for Mr. DuBois*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of May, 2025, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig