# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE: | Case No. 24-30167 |
| Pro-Mark Services, Inc., | Chapter 7 |
| Debtor. | Chief Judge Shon Hastings |
| Erik A. Ahlgren, Trustee, Plaintiff, -v- Connie Berg, et al., Defendants. | Adv. Case No. 24-07014 |

**STIPULATED MOTION TO EXTEND CHAD DUBOIS' TIME TO RESPOND TO PLAINTIFF'S FURTHER AMENDED COMPLAINT**

1. Plaintiff Erik A. Ahlgren, as Chapter 7 Trustee of the Bankruptcy Estate of Pro-Mark Services, Inc., as Administrator of the Pro-Mark Services, Inc. Employee Stock Ownership Plan, and as Trustee of the Pro-Mark Services, Inc. Employee Stock Ownership Trust, filed this Adversary Proceeding against the Defendants, including Defendant Chad DuBois on August 26, 2024. (Doc. 1.) Plaintiff filed an Amended Complaint on September 25, 2024. (Doc. 11.)

2. Defendant DuBois filed a Motion to Dismiss on November 22, 2024. (Doc. 55.) The Court entered an Order Denying in Part and Granting in Part Defendant Dubois' Motion to Dismiss on April 18, 2025.  (Doc. 110.)

3. Defendant DuBois' current deadline to respond to the Amended Complaint is May 9, 2025.  *See* Order entered May 2, 2025 (Doc. 113.)

ACTIVE 710726698v1

4. Plaintiff informed the Court during oral argument, and to address the Court's decisions on several then pending motions to dismiss, that he intends to file a second amended complaint in the near future, taking into account several aspects of the Court's rulings on the motions to dismiss.

5. Plaintiff and Defendant DuBois now move the Court, by stipulation, for an order excusing Defendant DuBois from responding to the Amended Complaint by the current deadline and providing Defendant Dubois up to thirty days after the date that Plaintiff files a second amended complaint to respond to it.

Dated: May 9, 2025

/e/ Peter D. Kieselbach
Michael Fisco *(pro hac vice)*
Peter D. Kieselbach *(pro hac vice)*
GREENBURG TRAURIG, LLP
90 South Seventh St., Suite 3500
Minneapolis, MN 55402
(612) 259-9710
fiscom@gtlaw.com
kieselbachp@gtlaw.com

and

Erik A. Ahlgren (ND #09561)
Ahlgren Law Office, PLLC
220 W. Washington Ave., Ste. 105
Fergus Falls, MN 56537
(218) 998-2775
erik@ahlgrenlawoffice.net

*Attorneys for Plaintiff*

Dated: May 9, 2025

/e/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Tel: (701) 394-3215
mac@dakotabankruptcy.com

*Attorneys for Defendant Chad DuBois*