UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

Pro-Mark Services, Inc.,                                                              Bky. Case No. 24-30167
                                                                                                           Chapter 7

                Debtor.

Erik A. Ahlgren, as Chapter 7 Trustee
of the Bankruptcy Estate of Pro-Mark Services, Inc.,
as Administrator of the Pro-Mark
Services, Inc. Employee Stock Ownership Plan, and
as Trustee of the Pro-Mark Services, Inc.
Employee Stock Ownership Trust,

                Plaintiff,

v.                                                                    Adversary No. 24-07014

Connie Berg, Kyle Berg, Connie Berg Revocable
Living Trust, Kyle R. Berg Revocable Living Trust,
Chad DuBois, and Miguel Paredes,

                Defendants.

**STIPULATED MOTION TO EXTEND BERG DEFENDANTS' DEADLINE TO FILE ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

       1.      Plaintiff Erik A. Ahlgren, as Chapter 7 Trustee of the Bankruptcy Estate of Pro-Mark Services, Inc., as Administrator of the Pro-Mark Services, Inc. Employee Stock Ownership Plan, and as Trustee of the Pro-Mark Services, Inc. Employee Stock Ownership Trust filed his Second Amended Complaint against the Defendants, including Defendants Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, and Kyle R. Berg Revocable Living Trust (collectively, the "Berg Defendants"), on May 20, 2025. [ECF No. 120] (the "Second Amended Complaint").

1

2. Berg Defendants requested that Plaintiff stipulate to an extension of Berg Defendants' time to file an answer to the Second Amended Complaint.  Plaintiff had no objection to this request.

3. Plaintiff and Berg Defendants now hereby move the Court, by stipulation, for an order extending the deadline for Berg Defendants to file an answer to the Second Amended Complaint to June 19, 2025.

Dated: May 27, 2025

*/s/ Peter D. Kieselbach*
Michael B. Fisco (*Admitted Pro Hac Vice*)
Peter D. Kieselbach (*Admitted Pro Hac Vice*)
GREENBURG TRAURIG, LLP
90 South Seventh St., Suite 3500
Minneapolis, MN 55402
Tel: (612) 259-9700
fiscom@gtlaw.com
kieselbachp@gtlaw.com

*and*

Erik A. Ahlgren (ND #09561)
Ahlgren Law Office, PLLC
220 W. Washington Ave., Ste. 105
Fergus Falls, MN 56537
(218) 998-2775
*erik@ahlgrenlawoffice.net*

Counsel for Plaintiff

Date:  May 27, 2025

*/s/ Jordan E. Chavez*
Stephen M. Pezanosky (admitted *pro hac vice*)
Stephen.Pezanosky@haynesboone.com
Aimee M. Furness (*pro hac vice*)
Aimee.Furness@haynesboone.com
Jordan E. Chavez (*pro hac vice*)
Jordan.Chavez@haynesboone.com
Brenna H. Scully (*pro hac vice*)
Brenna.Scully@haynesboone.com
**HAYNES AND BOONE LLP**

2

        2801 N. Harwood St., Suite 2300
Dallas, Texas 75201
Telephone: (214) 651-5000
Facsimile:  (214) 651-5940

*Attorneys for Defendants Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, Kyle R. Berg Revocable Living Trust*

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 27, 2025, the above document was served on all counsel of record via CM/ECF.

        */s/ Jordan E. Chavez*
Jordan E. Chavez