# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE:<br><br>Pro-Mark Services, Inc.,<br><br>Debtor. | Case No. 24-30167<br><br>Chapter 7<br><br>Chief Judge Shon Hastings |
| Erik A. Ahlgren, Trustee,<br><br>Plaintiff,<br><br>-v-<br><br>Connie Berg, et al.,<br><br>Defendants. | Adv. Case No. 24-07014 |

### STIPULATED MOTION TO EXTEND MIGUEL PAREDES' TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

1. Plaintiff, Erik A. Ahlgren, as Chapter 7 Trustee of the Bankruptcy Estate of Pro-Mark Services, Inc., as Administrator of the Pro-Mark Services, Inc. Employee Stock Ownership Plan, and as Trustee of the Pro-Mark Services, Inc. Employee Stock Ownership Trust, filed this Adversary Proceeding against the Defendants, including Defendant Miguel Paredes on August 26, 2024. (Doc. 1.) Plaintiff filed an Amended Complaint on September 25, 2024. (Doc. 11.)

2. Defendant Paredes filed a Motion to Dismiss on October 25, 2024. (Doc. 30.) The Court entered an Order Denying in Part and Granting in Part Defendant Paredes' Motion to Dismiss on April 4, 2025.  (Doc 103.)

3. At the Oral Arguments held on April 2-3, 2025, Plaintiff informed the Court that he intended to file a second amended complaint, taking into account several aspects of the Court's rulings on the motions to dismiss. That Second Amended Complaint was filed May 20, 2025. (Doc. 120.)

4. The Court granted the parties' stipulated motion setting the deadline for Defendant Miguel Paredes to Answer the Second Amended Complaint to 30 days after the Second Amended Complaint was filed, or June 19, 2025. (Doc. 107.)

5. Plaintiff and Defendant Paredes now move the Court, by stipulation, for an order extending Paredes' deadline to respond to the Second Amended Complaint by 14 days, up to and including July 3, 2025.

6. This extension is not sought for purposes of delay. A short extension is required to fully respond to the Second Amended Complaint's 104 pages and 520 paragraphs, and in light of the other professional commitments of counsel.

| Dated: | Dated: |
|---|---|
| /s/ Peter D. Kieselbach | /s/ Michael L. Scheier |
| Michael Fisco *(pro hac vice)* | Michael L. Scheier *(pro hac vice)* |
| Peter D. Kieselbach *(pro hac vice)* | Jacob D. Rhode *(pro hac vice)* |
| GREENBURG TRAURIG, LLP | Samuel B. Weaver *(pro hac vice)* |
| 90 South Seventh St., Suite 3500 | KEATING MUETHING & KLEKAMP PLL |
| Minneapolis, MN 55402 | One East Fourth Street, Suite 1400 |
| (612) 259-9710 | Cincinnati, OH 45202 |
| fiscom@gtlaw.com | (513) 579-6952 |
| kieselbachp@gtlaw.com | mscheier@kmklaw.com |
| *Attorneys for Plaintiff* | and |
| | Michael L. Gust (ND #06468) |
| | ABST LAW, P.C. |
| | 4132 30th Avenue SW, Suite 100 |
| | P.O. Box 10247 |
| | Fargo, ND 58106-0247 |
| | (701) 235-3300 |
| | mgust@abstlaw.net |
| | *Attorneys for Defendant Miguel Paredes* |

2