IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re<br><br>Pro-Mark Services, Inc.:<br><br>Debtors.<br>_____<br><br>Erik A. Ahlgren, as Chapter 7 Trustee of Bankruptcy Estate of Pro-Mark Services, Inc., as Administrator of the Pro-Mark Services, Inc. Employee Stock Ownership Plan, and as Trustee of the Pro-Mark Services, Inc. Employee Stock Ownership Trust,<br><br>    Plaintiff,<br><br>v.<br><br>Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, Kyle R. Berg Revocable Living Trust, Chad DuBois, Mandy Grant, and Miguel Paredes<br><br>    Defendants. | Chapter 7<br><br>Case No. 24-30167<br><br><br><br><br>Adv. Proc. No. 24-07014 |

**ORDER GRANTING BERG DEFENDANTS' MOTION FOR WITHDRAWAL OF REFERENCE OF ADVERSARY PROCEEDING**

On this day, the Court considered the Berg Defendants' motion for withdrawal of the reference of Adversary Proceeding No. 24-07014 (*Ahlgren v. Berg, et al.*), filed pursuant to 28 U.S.C. § 157(d) and Federal Rule of Bankruptcy Procedure 5011, and find good cause exists to grant the Motion.

It is hereby ORDERED THAT: the reference of Adversary Proceeding No. 24-07014 is hereby withdrawn from the Bankruptcy Court to the District Court.

1

Signed this ___ day of _____, 2025.

_____

United States District Court Judge

2