IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re:<br><br>Pro-Mark Services, Inc.,<br><br>Debtor. | § § § § § § § § § | Chapter 7<br>Case No. 24-30167 |
| ERIK A. AHLGREN, as Chapter 7 trustee of Bankruptcy Estate of Pro-Mark Services, Inc., as Administrator of the Pro-Mark Services, Inc. Employee Stock Ownership Plan, and as Trustee of the Pro-Mark Services, Inc. Employee Stock Ownership Trust,<br><br>Plaintiff,<br><br>v.<br><br>CONNIE BERG, KYLE BERG, CONNIE BERG REVOCABLE LIVING TRUST, KYLE R. BERG REVOCABLE LIVING TRUST, CHAD DUBOIS, MANDY GRANT, and MIGUEL PAREDES,<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § | Adv. No. 24-07014 |

**BERG DEFENDANTS' NOTICE OF MOTION FOR
<u>WITHDRAWAL OF REFERENCE OF ADVERSARY PROCEEDING</u>**

NOTICE IS HEREBY GIVEN that on this date Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, and Kyle R. Berg Revocable Living Trust (collectively, the "<u>Berg Defendants</u>") filed the annexed Motion for Withdrawal of Reference of Adversary Proceeding (the "<u>Motion</u>").

**BERG DEFENDANTS' NOTICE OF MOTION TO WITHDRAW THE REFERENCE**

NOTICE IS FURTHER GIVEN that unless a party in interest files an objection in writing to the relief requested in the Motion on or before July 2, 2025, which is fourteen (14) days from the date of service of this Notice, the Court may thereafter and without further notice enter an order granting the relief requested in the Motion.

NOTICE IS FURTHER GIVEN that written objections to the Motion, if any, shall be filed with the Clerk of the United States Bankruptcy Court, whose address is 655 First Avenue North, Suite 210, Fargo, ND 58102, with a copy mailed to counsel for the Berg Defendants, whose name and address is listed below.

RESPECTFULLY SUBMITTED this 18th day of June 2025

**HAYNES AND BOONE, LLP**

 /s/ *Stephen M. Pezanosky*
Stephen M. Pezanosky (*admitted pro hac vice*)
Stephen.Pezanosky@haynesboone.com
Aimee M. Furness (*admitted pro hac vice*)
Aimee.Furness@haynesboone.com
Jordan E. Chavez (*admitted pro hac vice*)
Jordan.Chavez@haynesboone.com
Brenna H. Scully (*admitted pro hac vice*)
Brenna.Scully@haynesboone.com
**Haynes and Boone LLP**
2801 N. Harwood St., Suite 2300
Dallas, Texas 75201
Telephone: (214) 651-5000
Facsimile:  (214) 651-5940

*Attorneys for Defendants Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, Kyle R. Berg Revocable Living Trust*

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 18th day of June 2025, the above document was served on all counsel of record via CM/ECF, including the Trustee and his counsel.

*/s/ Stephen M. Pezanosky*
Stephen M. Pezanosky
