UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

Pro-Mark Services, Inc.,                                                      Bky. Case No. 24-30167
                                                                                                   Chapter 7
Debtor.

---

Erik A. Ahlgren, as Chapter 7 Trustee
of the Bankruptcy Estate of Pro-Mark Services, Inc.,
as Administrator of the Pro-Mark
Services, Inc. Employee Stock Ownership Plan, and
as Trustee of the Pro-Mark Services, Inc.
Employee Stock Ownership Trust,

                       Plaintiff,

v.                                                                                 Adversary No. 24-07014

Connie Berg, Kyle Berg, Connie Berg Revocable
Living Trust, Kyle R. Berg Revocable Living Trust,
Chad DuBois, and Miguel Paredes,

                       Defendants.

---

**STIPULATED MOTION TO EXTEND
RESPONSE PERIOD TO SECOND AMENDED COMPLAINT**

1.     Plaintiff Erik A. Ahlgren, as Chapter 7 Trustee of the Bankruptcy Estate of Pro-Mark Services, Inc., as Administrator of the Pro-Mark Services, Inc. Employee Stock Ownership Plan, and as Trustee of the Pro-Mark Services, Inc. Employee Stock Ownership Trust filed his *Second Amended Complaint* (the "Second Amended Complaint") [ Doc. 120] against the Defendants, including Defendant Miguel Paredes, on May 20, 2025.

2.     Defendant Paredes' deadline to file an answer or other response to the Second Amended Complaint is July 3, 2025. [*See* Doc. 126.]

ACTIVE 712606652v1

3. Plaintiff and Defendant Paredes have commenced settlement discussions. To facilitate those settlement discussions, Plaintiff and Defendant Paredes hereby move the Court, by stipulation, for an order extending the deadline for Defendant Paredes to file an answer or other response to the Second Amended Complaint to July 17, 2025.

Dated: July 2, 2025 　　　　　　　　　　　/e/ Peter D. Kieselbach
　　　　　　　　　　　　　　　　　　　　Michael Fisco *(pro hac vice)*
　　　　　　　　　　　　　　　　　　　　Peter D. Kieselbach *(pro hac vice)*
　　　　　　　　　　　　　　　　　　　　GREENBURG TRAURIG, LLP
　　　　　　　　　　　　　　　　　　　　90 South Seventh St., Suite 3500
　　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55402
　　　　　　　　　　　　　　　　　　　　Tel: (612) 259-9700
　　　　　　　　　　　　　　　　　　　　fiscom@gtlaw.com
　　　　　　　　　　　　　　　　　　　　kieselbachp@gtlaw.com

　　　　　　　　　　　　　　　　　　　　*and*

　　　　　　　　　　　　　　　　　　　　Erik A. Ahlgren (North Dakota #09561)
　　　　　　　　　　　　　　　　　　　　AHLGREN LAW OFFICE, PLLC
　　　　　　　　　　　　　　　　　　　　220 W. Washington Ave. Suite 105
　　　　　　　　　　　　　　　　　　　　Fergus Falls, MN 56537
　　　　　　　　　　　　　　　　　　　　Telephone: (218) 998-2775
　　　　　　　　　　　　　　　　　　　　Email: erik@ahlgrenlawoffice.net

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

Dated: July 2, 2025 　　　　　　　　　　　/s/ Michael L. Scheier
　　　　　　　　　　　　　　　　　　　　Michael L. Scheier *(pro hac vice)*
　　　　　　　　　　　　　　　　　　　　Jacob D. Rhode *(pro hac vice)*
　　　　　　　　　　　　　　　　　　　　Samuel B. Weaver *(pro hac vice)*
　　　　　　　　　　　　　　　　　　　　KEATING MUETHING & KLEKAMP PLL
　　　　　　　　　　　　　　　　　　　　One East Fourth Street, Suite 1400
　　　　　　　　　　　　　　　　　　　　Cincinnati, OH 45202
　　　　　　　　　　　　　　　　　　　　(513) 579-6952
　　　　　　　　　　　　　　　　　　　　mscheier@kmklaw.com

ACTIVE 712606652v1

*and*

Michael L. Gust (ND #06468)
ABST LAW, P.C.
4132 30th Avenue SW, Suite 100
P.O. Box 10247
Fargo, ND 58106-0247
(701) 235-3300
mgust@abstlaw.net

*Attorneys for Defendant Miguel Paredes*

3