UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

Pro-Mark Services, Inc.,                                        Bky. Case No. 24-30167
                                                                                              Chapter 7
                       Debtor.

Erik A. Ahlgren, as Chapter 7 Trustee
of the Bankruptcy Estate of Pro-Mark Services, Inc.,
as Administrator of the Pro-Mark
Services, Inc. Employee Stock Ownership Plan, and
as Trustee of the Pro-Mark Services, Inc.
Employee Stock Ownership Trust,

                                       Plaintiff,

v.                                                                                                         Adversary No. 24-07014

Connie Berg, Kyle Berg, Connie Berg Revocable
Living Trust, Kyle R. Berg Revocable Living Trust,
Chad DuBois, and Miguel Paredes,

                                       Defendants.

**STIPULATED MOTION TO EXTEND
RESPONSE PERIOD TO SECOND AMENDED COMPLAINT**

1.       Plaintiff Erik A. Ahlgren, as Chapter 7 Trustee of the Bankruptcy Estate of Pro-Mark Services, Inc., as Administrator of the Pro-Mark Services, Inc. Employee Stock Ownership Plan, and as Trustee of the Pro-Mark Services, Inc. Employee Stock Ownership Trust filed his *Second Amended Complaint* (the "Second Amended Complaint") [Doc. 120] against the Defendants, including Defendant Miguel Paredes, on May 20, 2025.

ACTIVE 713010736v1

2. The Court previously extended Defendant Paredes' deadline to file an answer or other response to the Second Amended Complaint to July 17, 2025, to enable Plaintiff and Defendant Paredes to engage in good faith settlement discussions. [*See* Doc. 137.]

3. Plaintiff and Defendant Paredes continue to engage in good faith settlement discussions. To facilitate those settlement discussions, Plaintiff and Defendant Paredes hereby move the Court, by stipulation, for an order further extending the deadline for Defendant Paredes to file an answer or other response to the Second Amended Complaint to August 1, 2025.

Dated: July 17, 2025

/e/ Peter D. Kieselbach
Michael Fisco *(pro hac vice)*
Peter D. Kieselbach *(pro hac vice)*
GREENBURG TRAURIG, LLP
90 South Seventh St., Suite 3500
Minneapolis, MN 55402
Telephone: (612) 259-9700
fiscom@gtlaw.com
kieselbachp@gtlaw.com

and

Erik A. Ahlgren (North Dakota #09561)
AHLGREN LAW OFFICE, PLLC
220 W. Washington Ave. Suite 105
Fergus Falls, MN 56537
Telephone: (218) 998-2775
Email: erik@ahlgrenlawoffice.net

*Attorneys for Plaintiff*

2

ACTIVE 713010736v1

|  |  |
|---|---|
| Dated: July 17, 2025 | */s/ Michael L. Scheier*<br>Michael L. Scheier *(pro hac vice)*<br>Jacob D. Rhode *(pro hac vice)*<br>Samuel B. Weaver *(pro hac vice)*<br>KEATING MUETHING & KLEKAMP PLL<br>One East Fourth Street, Suite 1400<br>Cincinnati, OH 45202<br>Telephone: (513) 579-6952<br>mscheier@kmklaw.com<br><br>*and*<br><br>Michael L. Gust (ND #06468)<br>ABST LAW, P.C.<br>4132 30th Avenue SW, Suite 100<br>P.O. Box 10247<br>Fargo, ND 58106-0247<br>Telephone: (701) 235-3300<br>mgust@abstlaw.net<br><br>*Attorneys for Defendant Miguel Paredes* |

CERTIFICATE OF SERVICE

The undersigned certifies that on July 17, 2025, the above document was served on all counsel of record via CM/ECF.

*/e/ Peter D. Kieselbach*
Peter D. Kieselbach

3

ACTIVE 713010736v1