UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>Pro-Mark Services, Inc.,<br><br>                       Debtor. | Chapter 7<br>Bky. No. 24-30167 |
| Erik A. Ahlgren, as Chapter 7 Trustee of Bankruptcy Estate of Pro-Mark Services, Inc., as Administrator of the Pro-Mark Services, Inc. Employee Stock Ownership Plan, and as Trustee of the Pro-Mark Services, Inc. Employee Stock Ownership Trust,<br><br>                       Plaintiff,<br><br>v.<br><br>Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, Kyle R. Berg Revocable Living Trust, Chad DuBois, and Miguel Paredes,<br><br>                       Defendants. | Adv. No. 24-07014<br><br>**STIPULATED MOTION TO EXTEND PLAINTIFF'S RESPONSE DEADLINE** |

1.      Plaintiff Erik A. Ahlgren, as Chapter 7 Trustee of the Bankruptcy Estate of Pro-Mark Services, Inc., as Administrator of the Pro-Mark Services, Inc. Employee Stock Ownership Plan, and as Trustee of the Pro-Mark Services, Inc. Employee Stock Ownership Trust filed his Second Amended Complaint against the Defendants, including Defendants Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, and Kyle R. Berg Revocable Living Trust (collectively, the "Berg Defendants"), on May 20, 2025 [ECF No. 120.]

2.      The Berg Defendants filed their Answer to Trustee's Second Amended Complaint, Affirmative Defenses, and Counterclaim on June 18, 2025 [ECF No. 127.]

ACTIVE 712927675v1

3. On July 9, 2025, the Berg Defendants filed (i) a Motion to Redesignate the Counterclaim as an Affirmative Defense or, in the Alternative, Dismiss the Counterclaim [ECF No. 140] (the "Berg Motion") and (ii) the Berg Defendant's Amended Answer to Trustee's Second Amended Complaint and Affirmative Defenses [ECF No. 142] (the "Berg Amended Answer").

4. Due to scheduling issues, Plaintiff has requested that the Berg Defendants stipulate that Plaintiff's response deadlines for the Berg Motion and Berg Amended Answer be extended to August 1, 2025. The Berg Defendants have no objection to this request.

5. Accordingly, Plaintiff and the Berg Defendants hereby move the Court, by stipulation, for an order setting August 1, 2025, as Plaintiff's deadline to file a responsive pleading to the Berg Motion and Berg Amended Answer.

Dated:  July 21, 2025

/s/ Peter D. Kieselbach
Michael B. Fisco (*Admitted Pro Hac Vice*)
Peter D. Kieselbach (*Admitted Pro Hac Vice*)
GREENBURG TRAURIG, LLP
90 South Seventh St., Suite 3500
Minneapolis, MN 55402
Tel: (612) 259-9700
fiscom@gtlaw.com
kieselbachp@gtlaw.com

and

Erik A. Ahlgren (ND #09561)
Ahlgren Law Office, PLLC
220 W. Washington Ave., Ste. 105
Fergus Falls, MN 56537
(218) 998-2775
erik@ahlgrenlawoffice.net

*Attorneys for Plaintiff*

| | |
|---|---|
| Date: July 21, 2025 | <u>/s/ Stephen M. Pezanosky</u><br>Stephen M. Pezanosky (admitted *pro hac vice*)<br>Stephen.Pezanosky@haynesboone.com<br>Aimee M. Furness (*pro hac vice*)<br>Aimee.Furness@haynesboone.com<br>Jordan E. Chavez (*pro hac vice*)<br>Jordan.Chavez@haynesboone.com<br>Brenna H. Scully (*pro hac vice*)<br>Brenna.Scully@haynesboone.com<br>**HAYNES AND BOONE LLP**<br>2801 N. Harwood St., Suite 2300<br>Dallas, Texas 75201<br>Telephone: (214) 651-5000<br>Facsimile: (214) 651-5940<br><br>*Attorneys for Defendants Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, Kyle R. Berg Revocable Living Trust* |

ACTIVE 712927675v1

CERTIFICATE OF SERVICE

      The undersigned certifies that on July 21, 2025, the above document was served on all counsel of record via CM/ECF.

                                                  */e/ Peter D. Kieselbach*
                                                  Peter D. Kieselbach