UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE:<br><br>Pro-Mark Services, Inc.,<br><br>Debtor. | Case No. 24-30167<br><br>Chapter 7<br><br>Chief Judge Shon Hastings |
| Erik A. Ahlgren, Trustee,<br><br>Plaintiff,<br><br>-v-<br><br>Connie Berg, et al.,<br><br>Defendants. | Adv. Case No. 24-07014 |

**STIPULATED MOTION TO EXTEND MIGUEL PAREDES' TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

1. Plaintiff, Erik A. Ahlgren, as Chapter 7 Trustee of the Bankruptcy Estate of Pro-Mark Services, Inc., as Administrator of the Pro-Mark Services, Inc. Employee Stock Ownership Plan, and as Trustee of the Pro-Mark Services, Inc. Employee Stock Ownership Trust, filed his Second Amended Complaint against the Defendants, including Defendant Miguel Paredes, on May 20, 2025. (Doc. 120.)

2. Defendant Paredes' deadline to file an answer or other response to the Second Amended Complaint is August 1, 2025. (Doc. 144.)

3. Plaintiff and Defendant Paredes continue to engage in good-faith settlement discussions. To facilitate those settlement discussions, Plaintiff and Defendant Paredes hereby move the Court, by stipulation, for an order further extending the deadline for Defendant Paredes to file an answer or other response to the Second Amended Complaint to August 15, 2025.

Dated: *August 1, 2025*

<u>/s/ Peter D. Kieselbach</u>
Michael Fisco *(pro hac vice)*
Peter D. Kieselbach *(pro hac vice)*
GREENBURGTRAURIG, LLP
90 South Seventh St., Suite 3500
Minneapolis, MN 55402
(612) 259-9710
fiscom@gtlaw.com
kieselbachp@gtlaw.com

*Attorneys for Plaintiff*

Dated: *August 1, 2025*

<u>/s/ Michael L. Scheier</u>
Michael L. Scheier *(pro hac vice)*
Jacob D. Rhode *(pro hac vice)*
Samuel B. Weaver *(pro hac vice)*
KEATING MUETHING & KLEKAMP PLL
One East Fourth Street, Suite 1400
Cincinnati, OH 45202
(513) 579-6952
mscheier@kmklaw.com

and

Michael L. Gust (ND #06468)
ABST LAW, P.C.
4132 30th Avenue SW, Suite 100
P.O. Box 10247
Fargo, ND 58106-0247
(701) 235-3300
mgust@abstlaw.net

*Attorneys for Defendant Miguel Paredes*

14764720.1