# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>Pro-Mark Services, Inc.,<br><br>　　　　　　　Debtor.<br><br>―――――――――――――――――<br><br>Erik A. Ahlgren, as Chapter 7 trustee of Bankruptcy Estate of Pro-Mark Services, Inc., as Administrator of the Pro-Mark Services, Inc. Employee Stock Ownership Plan, and as Trustee of the Pro-Mark Services, Inc. Employee Stock Ownership Trust,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, Kyle R. Berg Revocable Living Trust, and Miguel Paredes,<br><br>　　　　　　　Defendants. | Chapter 7<br>Case No. 24-30167<br><br><br><br><br><br>Adv. No. 24-07014 |

## STIPULATED MOTION TO CONTINUE SCHEDULING CONFERENCE

Plaintiff Erik A. Ahlgren, as Chapter 7 Trustee of the Bankruptcy Estate of Pro-Mark Services, Inc. ("Debtor"), as Administrator of the Pro-Mark Services, Inc. Employee Stock Ownership Plan, and as Trustee of the Pro-Mark Services, Inc. Employee Stock Ownership Trust (the "Plaintiff"); Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, and Kyle R. Berg Revocable Living Trust (collectively,

**STIPULATED MOTION TO CONTINUE SCHEDULING CONFERENCE**　　　　　　　Page 1

the "Berg Defendants"), and Miguel Paredes file this Stipulated Motion to Continue Scheduling Conference and respectfully show the Court as follows:

1. On August 20, 2025, counsel for Plaintiff, the Berg Defendants, and Mr. Paredes agreed to hold a conference on Friday, August 29, 2025 at 9 A.M., pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, made applicable by Federal Rule of Bankruptcy Procedure 7026 and Local Rule 7026-1.

2. On August 21, 2025, the Court ordered that a scheduling conference be held by telephone on Thursday, August 28, 2025, at 10:00 A.M. (Dkt. 158.)

3. Lead counsel for the Berg Defendants is traveling and unavailable on August 28, 2025 at 10:00 A.M.

4. On August 22, 2025, counsel for Plaintiff, the Berg Defendants, and Mr. Paredes discussed the Court's order and agreed to file this Stipulated Motion requesting that the scheduling conference be continued until September 4, 2025.

5. Plaintiff, the Berg Defendants, and Mr. Paredes hereby jointly move the Court, by stipulation, for an order continuing the scheduling conference to September 4, 2025.

Dated:  August 25, 2025    /s/ Peter D. Kieselbach
Michael B. Fisco (pro hac vice)
Peter D. Kieselbach (pro hac vice)
**GREENBURG TRAURIG, LLP**
90 South Seventh St., Suite 3500
Minneapolis, MN 55402
Tel: (612) 259-9700
fiscom@gtlaw.com
kieselbachp@gtlaw.com

and

Erik A. Ahlgren (ND #09561)
**Ahlgren Law Office, PLLC**
220 W. Washington Ave., Ste. 105
Fergus Falls, MN 56537
(218) 998-2775
erik@ahlgrenlawoffice.net

*Attorneys for Plaintiff*

Dated:  August 25, 2025    /s/ Stephen M. Pezanosky
Stephen M. Pezanosky (*pro hac vice*)
Stephen.Pezanosky@haynesboone.com
Aimee M. Furness (*pro hac vice*)
Aimee.Furness@haynesboone.com
Jordan E. Chavez (*pro hac vice*)
Jordan.Chavez@haynesboone.com
Brenna H. Scully (*pro hac vice*)
Brenna.Scully@haynesboone.com
**HAYNES AND BOONE LLP**
2801 N. Harwood St., Suite 2300
Dallas, Texas 75201
Telephone: (214) 651-5000
Facsimile:  (214) 651-5940

*Attorneys for Defendants Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, Kyle R. Berg Revocable Living Trust*

Dated: August 25, 2025  /s/ *Michael L. Scheier*
Michael L. Scheier (pro hac vice)
Jacob D. Rhode (pro hac vice)
Samuel B. Weaver (pro hac vice)
**KEATING MUETHING & KLEKAMP PLL**
One East Fourth Street, Suite 1400
Cincinnati, OH 45202
(513) 579-6952
mscheier@kmklaw.com

*and*

Michael L. Gust (ND #06468)
**ABST LAW, P.C.**
4132 30th Avenue SW, Suite 100
P.O. Box 10247
Fargo, ND 58106-0247
(701) 235-3300
mgust@abstlaw.net

*Attorneys for Defendant Miguel Paredes*

**STIPULATED MOTION TO CONTINUE SCHEDULING CONFERENCE**                Page 4