# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>Pro-Mark Services, Inc.,<br><br>    Debtor.<br><br>---<br><br>Erik A. Ahlgren, as Chapter 7 trustee of Bankruptcy Estate of Pro-Mark Services, Inc., as Administrator of the Pro-Mark Services, Inc. Employee Stock Ownership Plan, and as Trustee of the Pro-Mark Services, Inc. Employee Stock Ownership Trust,<br><br>    Plaintiff,<br><br>v.<br><br>Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, Kyle R. Berg Revocable Living Trust, and Miguel Paredes,<br><br>    Defendants. | Chapter 7<br>Case No. 24-30167<br><br><br><br><br>Adv. No. 24-07014 |

## SCHEDULING AND DISCOVERY PLAN

Rule 16 of the Federal Rules of Civil Procedure as applied by Rule 7016 of the Federal Rules of Bankruptcy Procedure applies in this case. Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, counsel for the parties conferred on August 29, 2025 about discovery, the nature and basis of the parties' claims and defenses, the possibilities for a prompt settlement or resolution of the case and a proposed

Scheduling and Discovery Plan. This discussion included whether a mid-discovery status conference or a final pretrial conference would be helpful in this matter, whether the parties would seek discovery beyond the limits included in Rules 30 and 33, and whether a deadline to serve threshold motions, such as a motion to dismiss for lack of jurisdiction or expiration of a limitations period, should be included.

1. The Parties shall have until October 16, 2026 to complete fact discovery, including the resolution of all fact discovery motions.

2. Plaintiff shall have until November 20, 2027 to provide the names and complete disclosures and reports of any expert witnesses as required under Rule 26(a)(2).

3. Defendants shall have until February 19, 2027 to provide the names and complete disclosures and reports of any expert witnesses as required under Rule 26(a)(2).

4. Plaintiffs shall have until March 26, 2027 to provide any rebuttal expert reports.

5. The Parties shall have until May 7, 2027 to complete expert discovery.

6. The Parties shall have until May 21, 2027 to file dispositive motions.

7. The Parties anticipate that case will be trial-ready in January or February 2028.

Dated:  September 8, 2025

  /s/ Peter D. Kieselbach
Michael B. Fisco (pro hac vice)
Peter D. Kieselbach (pro hac vice)
**GREENBURG TRAURIG, LLP**
90 South Seventh St., Suite 3500
Minneapolis, MN 55402
Tel: (612) 259-9700
fiscom@gtlaw.com
kieselbachp@gtlaw.com

*and*

Erik A. Ahlgren (ND #09561)
**Ahlgren Law Office, PLLC**
220 W. Washington Ave., Ste. 105
Fergus Falls, MN 56537
(218) 998-2775
erik@ahlgrenlawoffice.net

*Attorneys for Plaintiff*

Dated:  September 8, 2025

  /s/ Stephen M. Pezanosky
Stephen M. Pezanosky (*pro hac vice*)
Stephen.Pezanosky@haynesboone.com
Aimee M. Furness (*pro hac vice*)
Aimee.Furness@haynesboone.com
Jordan E. Chavez (*pro hac vice*)
Jordan.Chavez@haynesboone.com
Brenna H. Scully (*pro hac vice*)
Brenna.Scully@haynesboone.com
**HAYNES AND BOONE LLP**
2801 N. Harwood St., Suite 2300
Dallas, Texas 75201
Telephone: (214) 651-5000
Facsimile:  (214) 651-5940

*Attorneys for Defendants Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, Kyle R. Berg Revocable Living Trust*

**SCHEDULING AND DISCOVERY PLAN**                                                                                             Page 3

Dated:  September 8, 2025        */s/ Michael L. Scheier*
Michael L. Scheier (pro hac vice)
Jacob D. Rhode (pro hac vice)
Samuel B. Weaver (pro hac vice)
**KEATING MUETHING & KLEKAMP PLL**
One East Fourth Street, Suite 1400
Cincinnati, OH 45202
(513) 579-6952
mscheier@kmklaw.com

*and*

Michael L. Gust (ND #06468)
**ABST LAW, P.C.**
4132 30th Avenue SW, Suite 100
P.O. Box 10247
Fargo, ND 58106-0247
(701) 235-3300
mgust@abstlaw.net

*Attorneys for Defendant Miguel Paredes*