UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Bankruptcy No. 24-30167 |
| | Chapter 7 |
| Pro-Mark Services, Inc., | |
|                             Debtor. | |
| _____/ | |
| Erik A. Ahlgren, *as Chapter 7 Trustee of Bankruptcy Estate of Pro-Mark Services, Inc., as Administrator of the Pro-Mark Services, Inc. Employee Stock Ownership Plan, and as Trustee of the Pro-Mark Services, Inc. Employee Stock Owners Trust*, | |
|                             Plaintiff, | |
|   vs. | Adversary No. 24-07014 |
| Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, Kyle R. Berg Revocable Living Trust, Chad Dubois, Mandy Grant, Miguel Paredes, | |
|                             Defendants. | |
| _____/ | |

### ORDER SETTING TELEPHONIC SCHEDULING CONFERENCE

NOTICE IS GIVEN that a ~~telephone~~ conference is scheduled for **Thursday, October 23, 2025, at 11:00 A.M. (Central Standard Time)** to consider the following matters:

- **Revised discovery and pretrial deadlines based on trial dates selected by the District Court: December 7- 23, 2027.**
- **Please be advised that the Court may consider earlier trial dates, but will not set the first day of trial later than December 7, 2027.**

    **Telephonic Conference Instructions:**

1) Call **701-297-7116**
2) Enter the Meeting ID **16121907752#**
3) Press **#** again when prompted for a Participant ID
4) Enter Passcode **529952**
5) Please identify yourself when you have joined the conference.

.

Dated: October 8, 2025.

                                                          */s/ Shon Hastings*

                                                          Shon Hastings, Judge
                                                          United States Bankruptcy Court

Copy served electronically October 8, 2025, to Electronic Mail Notice List for Adversary Case No. 24-7014.