United States Bankruptcy Court
District of North Dakota

Ahlgren,
    Plaintiff

Adv. Proc. No. 24-07014-skh

Berg,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0868-3      User: admin      Page 1 of 2
Date Rcvd: Oct 08, 2025      Form ID: pdf2some      Total Noticed: 0

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| pla | | Erik A. Ahlgren |
| cd | | Erik A. Ahlgren |
| cd | | Erik A. Ahlgren |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2025      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aimee Furness | on behalf of Defendant Kyle Berg aimee.furness@haynesboone.com |
| Aimee Furness | on behalf of Defendant Kyle R. Berg Revocable Living Trust aimee.furness@haynesboone.com |
| Aimee Furness | on behalf of Defendant Connie Berg aimee.furness@haynesboone.com |
| Aimee Furness | on behalf of Defendant Connie Berg Revocable Living Trust aimee.furness@haynesboone.com |
| Brenna Helene Scully | on behalf of Defendant Connie Berg Revocable Living Trust brenna.scully@haynesboone.com |
| Brenna Helene Scully | on behalf of Defendant Kyle Berg brenna.scully@haynesboone.com |
| Brenna Helene Scully | |

District/off: 0868-3 | User: admin | Page 2 of 2
Date Rcvd: Oct 08, 2025 | Form ID: pdf2some | Total Noticed: 0

| | |
|---|---|
| | on behalf of Defendant Kyle R. Berg Revocable Living Trust brenna.scully@haynesboone.com |
| Brenna Helene Scully | |
| | on behalf of Defendant Connie Berg brenna.scully@haynesboone.com |
| Carlos A Alonso | |
| | on behalf of Plaintiff Erik A. Ahlgren carlos.alonsogayon@gtlaw.com |
| ERIK A. AHLGREN | |
| | on behalf of Plaintiff Erik A. Ahlgren erik@ahlgrenlawoffice.net lisa@ahlgrenlaw.net;michael@ahlgrenlaw.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net |
| Jacob D Rhode | |
| | on behalf of Defendant Miguel Paredes jrhode@kmklaw.com |
| Jordan Elizabeth Chavez | |
| | on behalf of Defendant Connie Berg Revocable Living Trust jordan.chavez@haynesboone.com |
| Jordan Elizabeth Chavez | |
| | on behalf of Defendant Connie Berg jordan.chavez@haynesboone.com |
| Jordan Elizabeth Chavez | |
| | on behalf of Defendant Kyle Berg jordan.chavez@haynesboone.com |
| Jordan Elizabeth Chavez | |
| | on behalf of Defendant Kyle R. Berg Revocable Living Trust jordan.chavez@haynesboone.com |
| Maurice VerStandig | |
| | on behalf of Defendant Chad Dubois mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Michael Fisco | |
| | on behalf of Plaintiff Erik A. Ahlgren fiscom@gtlaw.com |
| Michael Gust | |
| | on behalf of Defendant Miguel Paredes mlgfilings@andersonbottrell.com  jernst@abstlaw.net |
| Michael Lewis Scheier | |
| | on behalf of Defendant Miguel Paredes mscheier@kmklaw.com  mzahn@kmklaw.com |
| Michael Lewis Scheier | |
| | on behalf of Defendant Kyle Berg mscheier@kmklaw.com  mzahn@kmklaw.com |
| Michael Lewis Scheier | |
| | on behalf of Counter-Claimant Miguel Paredes mscheier@kmklaw.com  mzahn@kmklaw.com |
| Peter Kieselbach | |
| | on behalf of Plaintiff Erik A. Ahlgren kieselbachp@gtlaw.com  denise.sodergren@gtlaw.com |
| Peter Kieselbach | |
| | on behalf of Counter-Defendant Erik A. Ahlgren kieselbachp@gtlaw.com  denise.sodergren@gtlaw.com |
| Samuel Weaver | |
| | on behalf of Defendant Miguel Paredes sweaver@kmklaw.com |
| Stephen M. Pezanosky | |
| | on behalf of Counter-Claimant Connie Berg stephen.pezanosky@haynesboone.com kim.morzak@haynesboone.com;jordan.chavez@haynesboone.com |
| Stephen M. Pezanosky | |
| | on behalf of Defendant Connie Berg Revocable Living Trust stephen.pezanosky@haynesboone.com kim.morzak@haynesboone.com;jordan.chavez@haynesboone.com |
| Stephen M. Pezanosky | |
| | on behalf of Defendant Connie Berg stephen.pezanosky@haynesboone.com kim.morzak@haynesboone.com;jordan.chavez@haynesboone.com |
| Stephen M. Pezanosky | |
| | on behalf of Defendant Kyle R. Berg Revocable Living Trust stephen.pezanosky@haynesboone.com kim.morzak@haynesboone.com;jordan.chavez@haynesboone.com |
| Stephen M. Pezanosky | |
| | on behalf of Defendant Kyle Berg stephen.pezanosky@haynesboone.com kim.morzak@haynesboone.com;jordan.chavez@haynesboone.com |
| Stephen M. Pezanosky | |
| | on behalf of Counter-Claimant Connie Berg Revocable Living Trust stephen.pezanosky@haynesboone.com kim.morzak@haynesboone.com;jordan.chavez@haynesboone.com |

TOTAL: 30

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Bankruptcy No. 24-30167 |
| | Chapter 7 |
| Pro-Mark Services, Inc., | |
| Debtor. | |
| _____/ | |
| Erik A. Ahlgren, *as Chapter 7 Trustee of Bankruptcy Estate of Pro-Mark Services, Inc., as Administrator of the Pro-Mark Services, Inc. Employee Stock Ownership Plan, and as Trustee of the Pro-Mark Services, Inc. Employee Stock Owners Trust*, | |
| Plaintiff, | |
| vs. | Adversary No. 24-07014 |
| Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, Kyle R. Berg Revocable Living Trust, Chad Dubois, Mandy Grant, Miguel Paredes, | |
| Defendants. | |
| _____/ | |

## ORDER SETTING TELEPHONIC SCHEDULING CONFERENCE

NOTICE IS GIVEN that a telephone conference is scheduled for **Thursday, October 23, 2025, at 11:00 A.M. (Central Standard Time)** to consider the following matters:

- Revised discovery and pretrial deadlines based on trial dates selected by the District Court: December 7- 23, 2027.
- Please be advised that the Court may consider earlier trial dates, but will not set the first day of trial later than December 7, 2027.

**Telephonic Conference Instructions:**

1) Call **701-297-7116**
2) Enter the Meeting ID **16121907752#**
3) Press **#** again when prompted for a Participant ID
4) Enter Passcode **529952**
5) Please identify yourself when you have joined the conference.

Dated: October 8, 2025.

*/s/ Shon Hastings*

Shon Hastings, Judge
United States Bankruptcy Court

Copy served electronically October 8, 2025, to Electronic Mail Notice List for Adversary Case No. 24-7014.