UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE:<br><br>Pro-Mark Services, Inc.,<br><br>Debtor. | Case No. 24-30167<br><br>Chapter 7<br><br>Chief Judge Shon Hastings |
| Erik A. Ahlgren, Trustee,<br><br>Plaintiff,<br><br>-v-<br><br>Connie Berg, et al.,<br><br>Defendants. | Adv. Case No. 24-07014 |

**STIPULATED MOTION TO CONTINUE OCT. 23, 2025 SCHEDULE**

1. Plaintiff Erik A. Ahlgren and Defendants Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, and Kyle R. Berg Revocable Living Trust (collectively the "Berg Defendants"), and Miguel Paredes file this Stipulated Motion to Continue the hearing and telephonic scheduling conference set for October 23, 2025 for the following reasons.

2. On October 14, 2025, the Court set a hearing for October 23, 2025 (Dkt. 177) on Plaintiff's Motion to Strike or, Alternatively, Dismiss in Part Defendant Miguel Paredes' Answer and Affirmative Defenses to Plaintiff's Second Amended Complaint. The Court had previously set a telephonic scheduling conference for that same day. (Dkt. 172.)

3. Counsel for Mr. Paredes is unavailable due to prior professional commitments on October 23, 2025.

4. On October 15, 2025, counsel for Plaintiff, the Berg Defendants, and Mr. Paredes discussed the Court's order and agreed to file this Stipulated Motion requesting that both the hearing and the telephonic scheduling conference be continued to November 17 or 18, 2025.

5.      Accordingly, the parties hereby move the Court for a continuance of the October 23, 2025 hearing and telephonic scheduling conference to either November 17 or November 18, 2025.

6.      This Motion is not made for purposes of delay.

Dated: October 16, 2025

> */s/ Peter D. Kieselbach (by email authorization on 10/16/2025 at 8:44 a.m. (EDT)*
> Michael Fisco *(pro hac vice)*
> Peter D. Kieselbach *(pro hac vice)*
> GREENBURG TRAURIG, LLP
> 90 South Seventh St., Suite 3500
> Minneapolis, MN 55402
> (612) 259-9710
> fiscom@gtlaw.com
> kieselbachp@gtlaw.com
> *Attorneys for Plaintiff*

Dated: *October 16, 2025*

> */s/ Michael L. Scheier*
> Michael L. Scheier *(pro hac vice)*
> Jacob D. Rhode *(pro hac vice)*
> Samuel B. Weaver *(pro hac vice)*
> KEATING MUETHING & KLEKAMP PLL
> One East Fourth Street, Suite 1400
> Cincinnati, OH 45202
> (513) 579-6952
> mscheier@kmklaw.com
>
> and
>
> Michael L. Gust (ND #06468)
> ABST LAW, P.C.
> 4132 30th Avenue SW, Suite 100
> P.O. Box 10247
> Fargo, ND 58106-0247
> (701) 235-3300
> mgust@abstlaw.net
> *Attorneys for Defendant Miguel Paredes*

2

Dated: *October 16, 2025*

*/s/ Aimee M. Furness (by email authorization on 10/16/2025 at 8:51 a.m. (EDT)*
Stephen M. Pezanosky (*pro hac vice*)
Aimee M. Furness (*pro hac vice*)
Jordan E. Chavez (*pro hac vice*)
Brenna H. Scully (*pro hac vice*)
HAYNES AND BOONE LLP
2801 N. Harwood St., Suite 2300
Dallas, Texas 75201
(214) 651-5000
Stephen.Pezanosky@haynesboone.com
Aimee.Furness@haynesboone.com
Jordan.Chavez@haynesboone.com
Brenna.Scully@haynesboone.com

*Attorneys for Defendants Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, Kyle R. Berg Revocable Living Trust*

14975766.1