UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>Pro-Mark Services, Inc.<br>               Debtor.<br>_____/<br>Erik A. Ahlgren, *as Chapter 7 Trustee of Bankruptcy Estate of Pro-Mark Services, Inc., as Administrator of Pro-Mark Services, Inc. Employee Stock Ownership Plan, and as Trustee of Pro-Mark Services, Inc. Employee Stock Ownership Trust,*<br>               Plaintiff,<br>   vs.<br><br>Connie Berg, Kyle Berg,<br>Connie Berg Revocable Living Trust,<br>Kyle R. Berg Revocable Living Trust,<br>Chad Dubois, Mandy Grant, Miguel Paredes,<br>               Defendants.<br>_____/<br>IN THE MATTER OF:<br><br>Motion by Plaintiff to Strike or, Alternatively, Dismiss In Part Defendant Miguel Paredes' Answer and Affirmative Defenses to Plaintiff's Second Amended Complaint filed on September 5, 2025. (Doc. 164)<br>_____/ | Bankruptcy No. 24-30167<br>Chapter 7<br><br><br><br><br><br><br><br>Adversary No. 24-07014 |

**ORDER GRANTING CONTINUANCE
AND RESCHEDULING HEARING**

Defendant, Miguel Paredes, Berg Defendants and Plaintiff, Erik Ahlgren filed a Stipulated Motion to Continue the hearing scheduled for October 23, 2025. The Court finds cause for granting the continuance.

IT IS ORDERED that the hearing on Plaintiff's Motion to Strike or, Alternatively, Dismiss in Part Defendant Miguel Paredes' Answer and Affirmative Defenses to Plaintiff's Second Amended Complaint is continued to **Tuesday, November 18, 2025, at 3:00 P.M.**

Video Conference Instructions, **Procedures**, and the link to join are located at: https://www.ndb.uscourts.gov/video-conferences. **Parties must make arrangements with the court to secure video conference service and to test the video conference service from the remote site generally not less than 48 hours (72 hours preferred) in advance of the hearing.** To test the connection, submit a testing request to https://www.ndb.uscourts.gov/VCtestform. Parties who do not have video conferencing capability or who prefer to appear by video from a federal courthouse location in Bismarck, Minot, or Grand Forks must call the Bankruptcy Clerk's Office at (701) 297-7100

or email clerks_office@ndb.uscourts.gov.  Parties may also elect to appear in person at the Quentin N. Burdick United States Courthouse in Fargo, North Dakota.

Dated: October 17, 2025.

Shon Hastings, Judge
United States Bankruptcy Court

Order served electronically October 17, 2025, to Electronic Mail Notice List for Adversary Case No. 24-7014.