UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>Pro-Mark Services, Inc.<br>                    Debtor.<br>_____/<br>Erik A. Ahlgren, *as Chapter 7 Trustee of Bankruptcy Estate of Pro-Mark Services, Inc., as Administrator of the Pro-Mark Services, Inc. Employee Stock Ownership Plan, and as Trustee of Pro-Mark Services, Inc. Employee Stock Ownership Trust,*<br>                    Plaintiff,<br><br>    vs.<br><br>Connie Berg, Kyle Berg,<br>Connie Berg Revocable Living Trust,<br>Kyle R. Berg Revocable Living Trust,<br>Chad Dubois, Mandy Grant, Miguel Paredes,<br>                    Defendants.<br>_____/ | Bankruptcy No. 24-30167<br>Chapter 7<br><br><br><br><br><br><br><br><br><br>Adversary No. 24-07014 |

## ORDER CONTINUING AND RESCHEDULING
## TELEPHONIC SCHEDULING CONFERENCE

Defendant, Miguel Paredes, Berg Defendants and Plaintiff, Erik Ahlgren filed a stipulated motion to continue the scheduling conference set for <u>October 23, 2025</u>.  **IT IS ORDERED** that the scheduling conference is continued to **<u>Tuesday, November 18, 2025, at 3:00 p.m.</u> Please use the following phone instructions:**

Telephonic Conference Instructions:

**1**) Call **701-297-7116**
**2**) Enter the Meeting ID **16121907752#**
**3**) Press **#** again when prompted for a Participant ID
**4**) Enter Passcode **529952**
**5**) Please identify yourself after you have joined the conference.

Dated: October 17, 2025.

*Shon Hastings*

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT

Copy served electronically October 17, 2025, to Electronic Mail Notice List for Adversary No. 24-7014.