UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

Pro-Mark Services, Inc.,                                                      Bky. Case No. 24-30167

Chapter 7

Debtor.

---

Erik A. Ahlgren, as Chapter 7 Trustee
of the Bankruptcy Estate of Pro-Mark Services, Inc.,
as Administrator of the Pro-Mark
Services, Inc. Employee Stock Ownership Plan, and
as Trustee of the Pro-Mark Services, Inc.
Employee Stock Ownership Trust,

                          Plaintiff,

v.                                                          Adversary No. 24-07014

Connie Berg, Kyle Berg, Connie Berg Revocable
Living Trust, Kyle R. Berg Revocable Living Trust,
Chad DuBois, and Miguel Paredes,

                          Defendants.

---

**STIPULATION TO VOLUNTARILY DISMISS DEFENDANT CHAD DUBOIS AS A PARTY WITH PREJUDICE PURSUANT TO SETTLEMENT AND FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)**

1. Plaintiff Erik A. Ahlgren, as Chapter 7 Trustee of the Bankruptcy Estate of Pro-Mark Services, Inc., as Administrator of the Pro-Mark Services, Inc. Employee Stock Ownership Plan, and as Trustee of the Pro-Mark Services, Inc. Employee Stock Ownership Trust, filed his Second Amended Complaint against the Defendants, including Defendant Chad DuBois ("Mr. DuBois" and together with the Plaintiff, the "Parties"), on May 20, 2025. (Adv. Doc. 120.)

2. By orders dated August 19, 2025 (Bankr. Doc. 238; Adv. Doc. 156), the Court approved a settlement between Plaintiff and DuBois (the "Settlement"). Pursuant to the Settlement, the Trustee agreed to dismiss Mr. DuBois as a party from this adversary proceeding

ACTIVE 714247610v2

upon Mr. DuBois' satisfaction of certain conditions precedent.  All such conditions precedent have been satisfied.

3. Accordingly, pursuant to the Settlement and Federal Rule of Civil Procedure 41(a)(2), made applicable by Federal Rule of Bankruptcy Procedure 7041, the Parties jointly stipulate and request that the Court enter an order approving Plaintiff's voluntarily dismissal of Mr. DuBois as a party to this adversary proceeding with prejudice.  A form of proposed order is attached.

| | |
|---|---|
| Dated:  October 20, 2025 | */e/ Peter D. Kieselbach*<br>Michael B. Fisco (*Admitted Pro Hac Vice*)<br>Peter D. Kieselbach (*Admitted Pro Hac Vice*)<br>GREENBURG TRAURIG, LLP<br>90 South Seventh St., Suite 3500<br>Minneapolis, MN 55402<br>Tel: (612) 259-9700<br>fiscom@gtlaw.com<br>kieselbachp@gtlaw.com<br><br>*and*<br><br>Erik A. Ahlgren (ND #09561)<br>Ahlgren Law Office, PLLC<br>220 W. Washington Ave., Ste. 105<br>Fergus Falls, MN 56537<br>(218) 998-2775<br>erik@ahlgrenlawoffice.net<br><br>Counsel for Plaintiff |
| Dated:  October 20, 2025 | */e/ Maurice B. VerStandig*<br>Maurice B. VerStandig, Esq.<br>The Dakota Bankruptcy Firm<br>1630 1st Avenue N<br>Suite B PMB 24<br>Fargo, North Dakota 58102-4246<br>Tel: (701) 394-3215<br>mac@dakotabankruptcy.com<br><br>Counsel for Defendant DuBois |

2

ACTIVE 714247610v2

CERTIFICATE OF SERVICE

    The undersigned certifies that on October 20, 2025, the above document was served on all counsel of record via CM/ECF.

                                                       */e/ Peter D. Kieselbach*
                                                       Peter D. Kieselbach

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

Pro-Mark Services, Inc.,                                                  Bky. Case No. 24-30167

Chapter 7

Debtor.

---

Erik A. Ahlgren, as Chapter 7 Trustee
of the Bankruptcy Estate of Pro-Mark Services, Inc.,
as Administrator of the Pro-Mark
Services, Inc. Employee Stock Ownership Plan, and
as Trustee of the Pro-Mark Services, Inc.
Employee Stock Ownership Trust,

                Plaintiff,

v.                                                             Adversary No. 24-07014

Connie Berg, Kyle Berg, Connie Berg Revocable
Living Trust, Kyle R. Berg Revocable Living Trust,
Chad DuBois, and Miguel Paredes,

                Defendants.

---

## [PROPOSED] ORDER DISMISSING DEFENDANT CHAD DUBOIS AS A PARTY PURSUANT TO SETTLEMENT AND FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)

On October 20, 2025, Plaintiff Erik A. Ahlgren, as Chapter 7 Trustee of the Bankruptcy Estate of Pro-Mark Services, Inc., as Administrator of the Pro-Mark Services, Inc. Employee Stock Ownership Plan, and as Trustee of the Pro-Mark Services, Inc. Employee Stock Ownership Trust, and Defendant Chad DuBois jointly filed a Stipulation to Voluntarily Dismiss Defendant Chad Dubois as a Party with Prejudice Pursuant to Settlement and Federal Rule of Civil Procedure 41(a)(2) (the "Stipulation").  Capitalized terms in this order shall have the meanings given to them in the Stipulation.  Based on the Stipulation, IT IS HEREBY ORDERED THAT:

ACTIVE 714247610v2

2

1.  Chad DuBois is dismissed as a party in the above-captioned adversary proceeding with prejudice pursuant to the Settlement and Federal Rule of Civil Procedure 41(a)(2).

Dated: _____       _____
                                        Shon Hastings, Judge
                                        United Stated Bankruptcy Court

2