UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

Pro-Mark Services, Inc.,                                    Bky. Case No. 24-30167
                                                                        Chapter 7 Debtor.

---

Erik A. Ahlgren, as Chapter 7 Trustee of the
Bankruptcy Estate of Pro-Mark Services, Inc.,
as Administrator of the Pro-Mark
Services, Inc. Employee Stock Ownership
Plan, and as Trustee of the Pro-Mark Services,
Inc. Employee Stock Ownership Trust,

                              Plaintiff,

v.                                                          Adversary No. 24-07014

Connie Berg, Kyle Berg, Connie Berg Revocable
Living Trust, Kyle R. Berg Revocable Living Trust,
Chad DuBois, and Miguel Paredes,

                              Defendants.

---

**ORDER DISMISSING DEFENDANT CHAD DUBOIS AS A PARTY PURSUANT TO SETTLEMENT AND FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)**

On October 20, 2025, Plaintiff Erik A. Ahlgren, as Chapter 7 Trustee of the Bankruptcy Estate of Pro-Mark Services, Inc., as Administrator of the Pro-Mark Services, Inc. Employee Stock Ownership Plan, and as Trustee of the Pro-Mark Services, Inc. Employee Stock Ownership Trust, and Defendant Chad DuBois jointly filed a Stipulation to Voluntarily Dismiss Defendant Chad Dubois as a Party with Prejudice Pursuant to Settlement and Federal Rule of Civil Procedure 41(a)(2).

IT IS ORDERED that Chad DuBois is dismissed as a party in the above-captioned adversary proceeding with prejudice pursuant to the Settlement and Federal Rule of Civil Procedure 41(a)(2).

Dated: October 21st, 2025.

/s/ Shon Hastings
Shon Hastings, Judge
United States Bankruptcy Court